DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U. S. Attorney

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Email: Elizabeth_Crail@law.state.ak.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. |
| | ) |
| Plaintiff, | ) COUNT 1 |
| | ) POSSESSION WITH INTENT TO |
| vs. | ) DISTRIBUTE COCAINE BASE |
| | )     Vio. 21 U.S.C. §§ 841(a)(1) and |
| | ) 841(b)(1)(B) |
| TEFFIN C. GOSS, II, | ) |
| | ) |
| Defendant. | ) |
| | ) |

INDICTMENT

The Grand Jury Charges that:

COUNT 1

On or about April 15, 2006, the defendant, TEFFIN C. GOSS II, within the District of Alaska, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 5 grams or more of a mixture or substance containing

cocaine base (crack), all of which is in violation of Title 21, United States Code, Section 841(a)(1) and 841 (b)(1)(B).

A TRUE BILL.

                                                s/Grand Jury Foreperson
                                                GRAND JURY FOREPERSON

s/Elizabeth F. Crail
ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Email: Elizabeth_Crail@law.state.ak.us

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Bryan.Schroder@usdoj.gov

s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Email: deb.smith@usdoj.gov

DATED:   May 16, 2006