# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u> TEFFIN C. GOSS </u>

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                                        CASE NO. <u> 4:06-cr-00024-RRB </u>

<u> CAROLYN BOLLMAN </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: May 17, 2006</u>

**ARRAIGNMENT** in the above-case is hereby set for **9:00 a.m. Thursday, May 25, 2006** before Terrance W. Hall, U.S. Magistrate Judge, in Magistrate Judge Courtroom, U.S. Courthouse, 101 12th Avenue, Fairbanks, Alaska.

[]{ARRAIGNB.WPD*Rev.03/97}