DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U. S. Attorney

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Email: Elizabeth_Crail@law.state.ak.us

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No.   4:06-cr-00024 (RRB) |
| ) | |
| TEFFIN C. GOSS, II, ) | PETITION FOR WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| On Writ of Habeas Corpus ) | |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

TEFFIN C. GOSS, II, who is imprisoned by the State of Alaska Department of Corrections, at Fairbanks Correctional Center, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Teffin C. Goss, II</u>, Case No. 4:06-cr-00024 (RRB), necessary to schedule an

arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska Department of Corrections to bring the said defendant before the court in Fairbanks, Alaska, for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

Dated this _17th___ day of May, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant United States Attorney

s/Elizabeth F. Crail
ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Email:
Elizabeth_Crail@law.state.ak.us