IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | ) |
| | ) Case No. 4:06-cr-00024 (RRB) |
| TEFFIN C. GOSS, II, | ) |
| | ) WRIT OF HABEAS CORPUS AD |
| On Writ of Habeas Corpus | ) PROSEQUENDUM |
| | ) |
| _____ | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| DISTRICT OF ALASKA | ) |
| | ) |
| _____ | ) |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

      We command that you have the body of TEFFIN C. GOSS, II, by

you imprisoned and detained as it is said, at Fairbanks Correctional Center, under

safe and secure conduct, before the Judge of our District Court within and for the

District of Alaska, at Fairbanks, Alaska, for scheduling an arraignment/initial

appearance, and other proceedings as the Court may desire, thereafter and as necessary in United States v. Teffin C. Goss, Case No. 4:06-cr-00024 (RRB), now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

      This is a continuing Writ on this date and such other times as the court directs.

      WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Fairbanks, Alaska, on this ___ day of May, 2006.

      IDA ROMACK
      CLERK, U.S. DISTRICT COURT

By: _____
      DEPUTY CLERK