DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   4:06-cr-00024 (RRB) |
| | ) | |
| Plaintiff, | ) | **MOTION TO APPEAR** |
| | ) | **TELEPHONICALLY AT** |
| vs. | ) | **ARRAIGNMENT ON** |
| | ) | **SHORTENED TIME** |
| TEFFIN C. GOSS, II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     Plaintiff, the United States of America, hereby requests authorization from the Court  to appear telephonically at the Defendants' Arraignment in the above-captioned case which is currently scheduled for Thursday, May 25, 2006

at 9:00 a.m. in Fairbanks, Alaska.

  RESPECTFULLY SUBMITTED this <u>19th</u> day of May, 2006, at Fairbanks, Alaska.

                DEBORAH M. SMITH
                Acting United States Attorney

                s/Bryan Schroder
                BRYAN SCHRODER
                Assistant U.S. Attorney
                Federal Building & U.S. Courthouse
                101 12th Avenue, Room 310
                Fairbanks, Alaska  99701
                Phone: (907) 456-0245
                Fax: (907) 456-0577
                Email: bryan.schroder@usdoj.gov
                Bar # 21146