DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06-cr-00024 (RRB) |
| Plaintiff, ) | [Proposed] |
| vs. ) | **ORDER** |
| TEFFIN C. GOSS, II, ) | |
| Defendant. ) | |

    IT IS SO ORDERED.  Plaintiff may appear telephonically by calling the Court at (907) _____ at _____ a.m., on _____, 2006.

Dated:_____      _____
                                                                        TERRANCE W. HALL
                                                                        United States Magistrate Judge