DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:06-cr-00024 (RRB) |
| Plaintiff, | |
| vs. | **ORDER** |
| TEFFIN C. GOSS, II, | |
| Defendant. | |

IT IS SO ORDERED. Plaintiff may appear telephonically by calling the Court at (907) 456-0310 at 9:00 a.m., on 05/25, 2006.

Dated: 23 May 2006

TERRANCE W. HALL
United States Magistrate Judge