MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __TEFFIN C. GOSS, II__  CASE NO. __4:06-CR-00024-RRB__
Defendant: _X_ Present  ___ On Summons _X_ In Custody

BEFORE THE HONORABLE _____TERRANCE W. HALL_____

DEPUTY CLERK/RECORDER: _____MADELINE SCHOLL_____

UNITED STATES ATTORNEY: _____BRYAN SCHRODER (telephonic)_____

DEFENDANT'S ATTORNEY: _____MJ HADEN_____

U.S.P.O.: _____MARCI LUNDGREN_____

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT    Held: May 25, 2006
----------------------------------------------------------

At 9:00 a.m. court convened.

_X_ Copy of Indictment given to defendant: Waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights.  _X_ Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: __Teffin Crane Goss, II__

_X_ Financial Affidavit **filed**.

_X_ Federal Public Defender accepted appointment.

_X_ PLEA: Not Guilty to Count __1 of the Indictment.__

_X_ Defendant detained/Detention Hearing set for __3:30 p.m., June 1, 2006 in Fairbanks.__

_X_ Pretrial motions due _____June 22, 2006_____

_X_ Counsel advised of trial date: _____July 31, 2006_____

_X_ OTHER: __Final Pretrial Conference set for 8:30 a.m. on July 21, 2006, before U.S. District Judge Ralph R. Beistline. Location of Final Pretrial Conference to be determined by Judge Beistline.__

At 9:11 a.m. court adjourned.

DATE: __May 25, 2006__    DEPUTY CLERK'S INITIALS: __mas__