M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO VACATE DETENTION HEARING** |

　　　　Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to vacate the detention hearing scheduled for Thursday, June 1, 2005.  Mr. Goss currently is in state custody.  He currently is in the process of addressing his state detention.  Should his state appellate bond be reinstated, he will petition this court for a bail review hearing.  In the meantime, he asks that the court vacate the hearing scheduled for Thursday, June 1, 2005.

DATED this 30th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on May 30, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Elizabeth F. Crail, Esq.

/s/ M. J. Haden