M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TEFFIN C. GOSS, II,<br><br>                    Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**MOTION ON SHORTENED TIME FOR ORDER DIRECTING THE CLERK TO ACCEPT FOR FILING AUDIO CD** |

        Teffin C. Goss, II, asks this Court for an order directing the Clerk of Court to

accept for filing the CD of the police contact of April 15, 2006.  This CD was provided to

Mr. Goss in discovery pursuant to Fed. R. Crim. P. 16 and is an essential exhibit to

Mr. Goss's Motion to Suppress Evidence that will be filed on Thursday, June 22, 2006.

        This motion is submitted on shortened time because Mr. Goss would like to

file the CD at the same time he files his motion to suppress evidence, which is due on

June 22, 2006.

DATED this 20th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 20, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Elizabeth F. Crail, Esq.

/s/ M. J. Haden