UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>           Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED<br>ORDER DIRECTING<br>FILING OF AUDIO CD** |

After due consideration of the defendant's Motion For Order Directing The Clerk to Accept For Filing Audio CD (filed on shortened time), the Court GRANTS/DENIES the motion on shortened time.

It is further ordered that the Clerk of Court is directed to accept the April 15, 2006, CD for filing in this matter.

DATED _____, 2006, in Fairbanks, Alaska.


_____
Terrance W. Hall
United States Magistrate Judge