M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA　　　　　)
　　　　　　　　　　　　　) ss.
THIRD JUDICIAL DISTRICT　)

　　　M. J. Haden, being first duly sworn upon oath, deposes and states:

　　　1.　　I am the attorney in the above-captioned case.

　　　2.　　Mr. Goss's pretrial motion to suppress evidence is due on June 22, 2006.  In the motion to suppress, Mr. Goss will be asking the Court to suppress all evidence obtained from him in violation of the Fourth Amendment.

　　　3.　　Mr. Goss has obtained a copy of the recording of the police contact from April 15, 2006.  The recording is in the form of an audio CD.

    4.    The CD is an essential exhibit to Mr. Goss's motion to suppress evidence.

    5.    The Clerk of Court cannot accept an audio CD for filing without an order from the Court.

    6.    Accordingly, pursuant to the Fifth Amendment Due Process and Sixth Amendment Compulsory Process Clauses, Mr. Goss asks the Court to direct the Clerk to accept the April 15, 2006, CD for filing.

    7.    This request is on shortened time because the filing deadline for pretrial motions is June 22, 2006.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
M. J. Haden

SUBSCRIBED and SWORN to before me this 20th day of June, 2006.

STATE OF ALASKA
NOTARY PUBLIC
Lenora L. Roehling
My Commission Expires: March 14, 2007

_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007

2