Case 4:06-cr-00024-RRB-TWH   Document 15-2   Filed 06/20/2006   Page 1 of 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>               Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED<br>ORDER DIRECTING<br>FILING OF AUDIO CD** |

After due consideration of the defendant's Motion For Order Directing The Clerk to Accept For Filing Audio CD (filed on shortened time), the Court GRANTS/DENIES the motion on shortened time.

It is further ordered that the Clerk of Court is directed to accept the April 15, 2006, CD for filing in this matter.

DATED 21 June, 2006, in Fairbanks, Alaska.

**REDACTED SIGNATURE**

Terrance W. Hall
United States Magistrate Judge