M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>               Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**MOTION ON SHORTENED TIME TO ACCEPT DEFENDANT'S MOTION TO SUPPRESS EVIDENCE AND MOTION FOR EVIDENTIARY HEARING ONE DAY LATE** |

       Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court on shortened time to accept Mr. Goss's Motion to Suppress Evidence and Motion for Evidentiary Hearing Regarding Defendant's Motion to Suppress Evidence one day late.

       The pretrial motions date in this case was scheduled for Thursday, June 22, 2006.  Undersigned counsel unexpectedly was in Fairbanks on Wednesday and, due to airline delays, did not return to Anchorage until approximately 10:00 p.m.  Additionally, counsel has been preparing for a trial scheduled to begin on Monday, June 26, 2006, which she anticipated would be continued to a later date.

For the above reasons, Mr. Goss requests that he be allowed to file the motions one day late.

Counsel apologizes for any inconvenience to the court and counsel.

DATED this 23rd day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 23, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden