UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>                Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED<br>ORDER ACCEPTING<br>ONE DAY LATE FILINGS** |

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's Motion to Accept Defendant's Motion to Suppress Evidence and Motion for Evidentiary Hearing One Day Late, the court GRANTS the motion. The clerk of court is hereby directed to accept the motions for filing.

DATED _____, 2006, in Anchorage, Alaska.

                                                                _____<br>
                                                                           Terrance W. Hall<br>
                                                                   United States Magistrate Judge