DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U. S. Attorney

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Email: Elizabeth_Crail@law.state.ak.us

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-0024-RRB-TWH |
| | ) | |
| Plaintiff, | ) | RESPONSE TO DEFENDANT'S |
| | ) | MOTION TO ACCEPT MOTION |
| vs. | ) | TO SUPPRESS AND MOTION FOR |
| | ) | EVIDENTIARY HEARING |
| | ) | |
| TEFFIN C. GOSS, II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States of America, by and through the

undersigned Assistant U.S. Attorney and Special Assistant U.S. Attorney, and

responds to Defendant's  motion to accept motion to suppress evidence and

motion for an evidentiary hearing.  The Government has no objection to the

Defendant's filing one day late.  However, due to both Government and Defense

Counsel being in trial during the week of June 26-30, 2006, the Government

requests additional time to file it's reply to Defendant's substantive motions.  The

Government requests until July 7, 2005.  If the trial mentioned above continues

into the following holiday week, the Government may request additional time.

RESPECTFULLY SUBMITTED this 26th day of June, 2006, at Fairbanks,

Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

s/Elizabeth F. Crail
ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Elizabeth_Crail@law.state.ak.us

**CERTIFICATE OF SERVICE**

I hereby certify that on June  26 ,  2006,
that a true and correct copy of the foregoing
RESPONSE TO DEFENDANT'S MOTION
TO ACCEPT MOTION TO SUPPRESS AND
MOTION FOR EVIDENTIARY HEARING, was
served, via Electronic Filing, on:

**M.J. Haden**


s/Bryan Schroder