M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>           Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**MOTION TO SUPPRESS EVIDENCE** |

	Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court for the suppression of all evidence obtained as the result of the April 15, 2006, traffic stop at the intersection of Giest Road and Jenny Lane.  The search of Mr. Goss's vehicle was made without a warrant and is therefore presumptively in violation of the Fourth Amendment of the United States Constitution.

	This motion is made pursuant to the Fourth Amendment of the United States Constitution and Rule 12 of the Federal Rules of Criminal Procedure.  This motion is supported by the attached memorandum of law and is based on the facts and information

of which the defense is presently aware.  Mr. Goss is filing a separate request for an evidentiary hearing on the matter.

DATED this 23rd day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden