M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>          Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**NOTICE OF CONVENTIONAL FILING** |

      Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, hereby gives notice that, pursuant to the court's order granting leave at Docket 17, defendant is filing herewith via conventional means a CD of the police contact of April 15, 2006.  The CD is being filed in support of defendant's Motion to Suppress Evidence filed concurrently herewith.

///

///

///

DATED this 23rd day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden