M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**MOTION FOR EVIDENTIARY HEARING** |

　　　　Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court for an evidentiary hearing regarding Mr. Goss's motion to suppress evidence, filed at Docket No. 22.

　　　　Mr. Goss seeks an evidentiary hearing in which the government must carry its substantial burden of showing the constitutionality of the initial warrantless search.

　　　　Mr. Goss asks that the court schedule a hearing on this matter at a time convenient to the court and counsel.  Undersigned counsel is unavailable the week of June 26, 2006, due to a trial in Fairbanks.

DATED this 23rd day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 27, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden