UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>               Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED**<br>**ORDER SETTING EVIDENTIARY**<br>**HEARING** |

      After due consideration of defendant's motion for evidentiary hearing, the court GRANTS the motion. An evidentiary hearing is scheduled for _____, 2006, at _____ a.m./p.m., before the Honorable Terrance W. Hall, in Fairbanks, Alaska.

      DATED _____, 2006, in Anchorage, Alaska.

                                                       _____<br>
                                                        Terrance W. Hall<br>
                                           United States Magistrate Judge