DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00024 (RRB-TWH) |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING AND MOTION RESPONSE DATE ON SHORTENED TIME** |
| vs. | ) | |
| TEFFIN C. GOSS, II, | ) | |
| Defendant. | ) | |

    COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to reset the Friday, July 7, 2006, evidentiary hearing due to counsel for the Government having two sentencings set in Anchorage on that same

date. Defense counsel in this case is also defense counsel for both sentencings in Anchorage and does not oppose rescheduling.

Further, this Court has indicated a deadline response date of July 6 for the motions to suppress and for an evidentiary hearing. Counsel respectfully requests additional time until Monday, July 10, to respond to defendant's motions due to being in trial and additional caseload pleadings due.

WHEREFORE plaintiff respectfully requests that the July 7 hearing be reset until the following week and motions deadline be reset to Monday, July 10.

RESPECTFULLY SUBMITTED this 28th day of June, 2006, at Fairbanks, Alaska.

> DEBORAH M. SMITH
> Acting United States Attorney
>
> s/Bryan Schroder
> BRYAN SCHRODER
> Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, Alaska  99701
> Phone: (907) 456-0245
> Fax: (907) 456-0577
> Email: bryan.schroder@usdoj.gov
> Bar # 21146
>
> s/Elizabeth F. Crail
> ELIZABETH F. CRAIL
> Special Assistant U.S. Attorney
> Federal Building and U.S. Courthouse
> 101 12th Avenue, Room 310
> Fairbanks, AK 99701
> Phone: (907) 451-5970

Fax: (907) 451-5996
Elizabeth_Crail@law.state.ak.us

**CERTIFICATE OF SERVICE**

I hereby certify that on June  28 , 2006, that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING AND MOTION RESPONSE DATE ON SHORTENED TIME**, was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder