DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 4:06-cr-00024 (RRB-TWH) |
| Plaintiff, | ) |
| | ) [Proposed] |
| vs. | ) |
| | ) **ORDER** |
| TEFFIN C. GOSS, II, | ) |
| Defendant. | ) |

    IT IS SO ORDERED.  Plaintiff's Motion On Shortened Time is Granted/Denied.  Evidentiary Hearing is rescheduled for _____, 2006, at _____a.m. and response to motion for evidentiary hearing and response to motion to suppress is now due July 10, 2006.

Dated:_____          _____
                                       TERRANCE W. HALL
                                       United States Magistrate Judge