M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**UNOPPOSED MOTION TO CONTINUE TRIAL**<br>Filed on Shortened Time |

　　　　Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court to continue the trial in this matter for a period of 30 days.  Trial currently is scheduled for Monday, July 31, 2006.  The continuance is necessary because the parties need time to litigation Mr. Goss's motion to suppress evidence.  The motion to suppress evidence is dispositive of the case.

　　　　Mr. Goss filed a motion to suppress evidence and requested an evidentiary hearing on June 27, 2006.  Docket Nos. 22, 25.  The government's opposition currently is due July 6, 2006, and an evidentiary hearing currently is scheduled for July 7, 2006.  Docket No. 26.  Based on scheduling conflicts, the government has moved unopposed for

an extension of time to file its opposition to the motion to suppress and to continue the evidentiary hearing. Docket No. 27.

Both counsel in this matter have been involved in a trial in Fairbanks all this week. In addition, both counsel are scheduled to be involved in two sentencing hearings on July 7, 2006. In order to have enough time to properly brief and litigate the motion to suppress evidence, trial should be continued.

Furthermore, this extension of time is necessary in order to provide Mr. Goss with effective assistance of counsel as guaranteed by the Fifth and Sixth Amendments.

Assistant United States Attorney Bryan Schroder is unopposed to this motion.

Time under the speedy trial rule involved in this request is excludable pursuant to 18 U.S.C. §§ 3161(h)(1)(F).

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1.

DATED this 29th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on June 29, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden