UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

   vs.

TEFFIN C. GOSS, II,

               Defendant.

Case No. 4:06-cr-0024-RRB-TWH

**PROPOSED**
**ORDER CONTINUING TRIAL**

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to continue trial, the court GRANTS the motion. Trial in this matter, currently scheduled for July 31, 2006, is rescheduled to _____, 2006, at _____ a.m./p.m., in Fairbanks, Alaska. A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m., in _____, Alaska.

DATED _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge