DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>    Defendant. | ) Case No. 4:06-cr-00024 (RRB-<br>) TWH)<br>)<br>)<br>) **UNOPPOSED MOTION TO**<br>) **CONTINUE EVIDENTIARY**<br>) **HEARING ON SHORTENED**<br>) **TIME**<br>)<br>)<br>) |

  COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to reset the Friday, July 7, 2006, evidentiary hearing due to counsel for the Government having two sentencings set in Anchorage on that same

date. Defense counsel in this case is also defense counsel for both sentencings in Anchorage and does not oppose rescheduling.

WHEREFORE plaintiff respectfully requests that the July 7 evidentiary hearing be reset until the following week.

RESPECTFULLY SUBMITTED this 30th day of June, 2006, at Fairbanks, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

s/Elizabeth F. Crail
ELIZABETH F. CRAIL
Special Assistant U.S. Attorney
Federal Building and U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, AK 99701
Phone: (907) 451-5970
Fax: (907) 451-5996
Elizabeth_Crail@law.state.ak.us

**CERTIFICATE OF SERVICE**

I hereby certify that on June  30 , 2006, that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE EVIDENTIARY HEARING ON SHORTENED TIME**, was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder