DEBORAH M. SMITH
Acting United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

ELIZABETH F. CRAIL
Special Assistant U.S. Attorney

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   vs.<br><br>TEFFIN C. GOSS, II,<br><br>             Defendant. | Case No. 4:06-cr-00024 (RRB-TWH)<br><br>[Proposed]<br><br>**ORDER** |

　　IT IS SO ORDERED.  Plaintiff's Motion On Shortened Time is Granted/Denied.  Evidentiary Hearing is rescheduled for _____, 2006, at _____ a.m.

Dated:_____     _____
　　　　　　　　　　　　　　　　　　　　　　　　TERRANCE W. HALL
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge