UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA


                    USA   v.   GOSS

DATE:   July 3, 2006      CASE NO.   4:06-CR-0024-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS
               SCHEDULING HEARING**

---

A hearing on Defendant's Unopposed Motion to Continue Trial (Docket 28) will be held on **Thursday, July 6, 2006, at 9:00 a.m.**, in Courtroom 2 in Anchorage, Alaska. Telephonic participation can be arranged by contacting Carolyn Bollman at (907) 451-5791.

M.O. SCHEDULING HEARING