M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>　　　　　Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**UNOPPOSED MOTION TO RESCHEDULE EVIDENTIARY HEARING** |

　　　　　Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court to reschedule the evidentiary hearing in this matter, currently scheduled for Wednesday, July 19, 2006.  The continuance is necessary because the parties have a calendaring conflict on July 19.  The parties propose that the hearing be rescheduled for Monday, July 17, 2006.

　　　　　Both counsel in this matter are also counsel of record in *United States v. Johnson*, Case No. 4:06-cr-0016-RRB-TWH.  An independent expert review of pertinent evidence in that matter is scheduled to occur in Anchorage on July 19.  Airline tickets already have been purchased for the expert to fly to Anchorage from Portland.  In addition,

the schedules of the Alaska Crime Lab, the United States Attorney's Office, the DEA, the expert, and undersigned counsel have been coordinated to facilitate the expert review of evidence.

Because the expert review is not an item set on the court calendar, neither counsel remembered this conflict when discussing scheduling the evidentiary hearing in this case. Ms. Haden sincerely apologizes to the court for this oversight and any inconvenience caused to the court.

Assistant United States Attorney Bryan Schroder is unopposed to this motion.

This motion is submitted pursuant to D. Alaska Loc. Crim. R. 47.1.

DATED this 7th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on July 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden