UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>            Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED<br>ORDER RESCHEDULING<br>EVIDENTIARY HEARING** |

After due consideration of defendant's motion to reschedule evidentiary hearing, the court GRANTS the motion. The evidentiary hearing in this matter, currently scheduled for July 19, 2006, is rescheduled to July 17, 2006, at _____ a.m./p.m., in Fairbanks, Alaska.

DATED July _____, 2006, in Fairbanks, Alaska.

_____
Terrance W. Hall
United States Magistrate Judge