M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    vs.<br><br>TEFFIN C. GOSS, II,<br><br>              Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM** |

   Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, gives notice of his intent to use the Court's Digital Evidence Presentation System (DEPS) during the suppression hearing in the above-captioned case, currently scheduled to commence Monday, July 17, 2006, at 9:00 a.m., in Fairbanks, Alaska.

DATED this 11th day of July 2006.

>Respectfully submitted,
>
>FEDERAL PUBLIC DEFENDER
>FOR THE DISTRICT OF ALASKA
>
>/s/ M. J. Haden
>Staff Attorney
>Georgia Bar No. 316531
>601 West Fifth Avenue, Suite 800
>Anchorage, AK  99501
>Ph:  (907) 646-3400
>Fax:  (907) 646-3480
>mj_haden@fd.org

Certification:
I certify that on July 11, 2006,
a copy of the foregoing document
was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden