# AVIS

**5084658**
Avis System Licensee

AVIS RENT A CAR
C/O AVIS RENT A CAR
P.O. BOX 190028
ANCHORAGE, AK 99519-0028
PHONE: 907-474-0900
RATE: LS /E

```
5140219000442667      RENTED: 04-02-06/1717    AT:FAIRBANKS AIRPORT
CAR# 068372           DUE IN  04-14-06/1815    AT:FAIRBANKS AIRPORT

MI OUT: 24659                    *******OPTIONAL SERVICES*******      LS/E
                                                                      HOURS     @   11.99
PLATE# ENX567    FUEL OUT 8/8    LDW     19.99/DAY DECLINED           DAYS      @   35.99
GRAY    CAMRY SDN                ALI     11.95/DAY DECLINED           WEEKS     @  251.93
                                 PP FUEL          DECLINED            XDAYS     @   35.99
METHOD OF PAYMENT: MC            Exclusions APPLY to LDW/ALI          FUEL SERV @    5.00/Gal
CONTACT: LOCAL                   *BY MY INITIALS I ACCEPT OR          9.5%CNFEE @    9.50%
DRIVERS LIC# 6487152 AK 05-19-06 DECLINE OPTIONAL COVERAGES           VEHLICFEE @     .96/Day
DATE OF BIRTH: 05-19-75          AS SHOWN ABOVE X                     10%AKTAX  @   10.00%
AUTH# 056720    AMT:  486                                             DEPOSIT              529.86

AM#
FREQUENT FLYER #
ARC/IATA NO.
CONF #



JENNIFER SILVA
1201 WILDROSE AVE
FAIRBANKS      AK 99701


CANADIAN RES CANNOT
CROSS BORDER
MIN GAS CHRG 15.00      RENTING AGENT: CARLOS


******NOTICES******NOTICES******NOTICES******NOTICES******NOTICES******NOTICES******NOTICES******

--RENTERS ARE NOT REQUIRED TO PURCHASE LOSS DAMAGE WAIVER (LDW) IT IS NOT MANDATORY. BEFORE PURCHASING LDW, RENTER
SHOULD CHECK IF OWN INSURANCE COVERS DAMAGE TO AND LOSS OF THE VEHICLE, THE LIMIT OF COVERAGE AND DEDUCTIBLE. IF THE
RENTER DECLINES LDW, RENTER MAY BE LIABLE FOR UP TO THE RETAIL FAIR MARKET VALUE (LESS SALVAGE) OF THE VEHICLE,
REGARDLESS OF FAULT, UNLESS LAW EXCLUDES ORDINARY NEGLIGENCE. REPAIRS ARE AT AVIS' COST. READ LDW TERMS ON THE
RENTAL DOCUMENT JACKET TERMS AND CONDITIONS, INCLUDING EXCLUSIONS FROM LDW, SUCH AS DWI/ABUSE OR DRIVING ON UNPAVED
ROADS.
--RENTALS ARE BASED ON A TWENTY FOUR HOUR PERIOD WITH A MINIMUM CHARGE OF
ONE DAY(24 HOURS) PLUS MILEAGE. FUEL SERVICES ADDITIONAL.
--NO ADDITIONAL OPERATORS ARE AUTHORIZED OR PERMITTED WITHOUT AVIS' PRIOR WRITTEN APPROVAL IN ACCORDANCE WITH THE
TERMS AND CONDITIONS OF THE RENTAL AGREEMENT OR APPLICABLE STATE LAW.
--IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED A SERVICE CHARGE APPLIES.
--IF I HAVE PRESENTED A CREDIT CARD FOR PAYMENT, ALL CHARGES, INCLUDING PARKING TICKET EXPENSES, MAY BE BILLED TO
THE CARD, AND MY SIGNATURE BELOW WILL BE CONSIDERED TO HAVE BEEN MADE ON THE APPLICABLE CARD VOUCHERS.
--BY MY SIGNATURE, I ACKNOWLEDGE RECEIPT OF ALL NOTICES WHICH APPEAR ON THIS RENTAL DOCUMENT AND AGREE TO THE TERMS
AND CONDITIONS ON THE SEPARATE RENTAL DOCUMENT JACKET PROVIDED TO ME.
--FOR LOCAL ALASKA BILLING INQUIRIES CALL 907-243-4300 (ANCHORAGE).
--CHARGES ARE SUBJECT TO FINAL AUDIT.
--THANK YOU FOR RENTING FROM AVIS.

--CANADIAN CITIZENS ARE NOT PERMITTED TO DRIVE AN AMERICAN REGISTERED
VEHICLE INTO CANADA. TO REACH SKAGWAY, HAINES, AND JUNEAU YOU MUST TRAVEL
THROUGH CANADA.




--ON WEEKEND RENTAL RATES THE VEHICLE MUST BE RETURNED BY MONDAY AT 2359
OR HIGHER RATE APPLIES FOR ENTIRE RENTAL.
--DURING SEVERE COLD WEATHER YOU ARE RENTING AT YOUR OWN RISK. IF FOR ANY
REASON AVIS HAS TO SERVICE THE VEHICLE THERE WILL BE A $50 CALL OUT FEE
AUTOMATICALLY CHARGED TO YOUR RENTAL. IF VEHICLE IS TOWED DUE TO SEVERE
WEATHER, TOWING CHARGES WILL ALSO BE ADDED TO YOUR RENTAL.
```



Exhibit 1

# AVIS

5084658...

Avis System Licensee

RA DOCUMENT U318-852...

| | | |
|---|---|---|
| 5140219200044266: | RENTED: 04-02-06/1717 | AT:FAIRBANKS AIRPORT |
| CAR# 068372 | DUE IN 04-14-06/1815 | AT:FAIRBANKS AIRPORT |

AVIS RENT A CAR
C/O AVIS RENT A CAR
P.O. BOX 190028
ANCHORAGE, AK 99519-0028
PHONE: 907-474-0900
RATE: LS /E

MI OUT: 24659

********OPTIONAL SERVICES********

PLATE# ENX567   FUEL OUT 8/8
GRAY   CAMRY SDN

LDW  19.99/DAY DECLINED
ALI  11.95/DAY DECLINED
PP FUEL       DECLINED
Exclusions APPLY to LDW/ALI
xBY MY INITIALS I ACCEPT OR
DECLINE OPTIONAL COVERAGES
AS SHOWN ABOVE X_____

METHOD OF PAYMENT: MC
CONTACT: LOCAL
DRIVERS LIC# 6487152 AK 05-19-06
DATE OF BIRTH: 05-19-75
AUTH# 058720   AMT: 488

| | | |
|---|---|---|
| LS/E | | |
| HOURS | @ | 11.99 |
| DAYS | @ | 35.99 |
| WEEKS | @ | 251.93 |
| XDAYS | @ | 35.99 |
| FUEL SERV | @ | 5.00/Gal |
| 9.5%CNFEE | @ | 9.50% |
| VEHLICFEE | @ | .96/Day |
| 10%AKTAX | @ | 10.00% |
| DEPOSIT | | 529.86 |

AWD#
FREQUENT FLYER #
ARC/IATA NO.
CONF #

JENNIFER SILVA
1201 WILDROSE AVE
FAIRBANKS    AK 99701

CANADIAN RES CANNOT
CROSS BORDER
MIN. GAS CHRG $5.00    RENTING AGENT: CARLOS

*****NOTICES*****NOTICES*****NOTICES*****NOTICES*****NOTICES*****NOTICES*****NOTICES*****

--RENTERS ARE NOT REQUIRED TO PURCHASE LOSS DAMAGE WAIVER (LDW) IT IS NOT MANDATORY. BEFORE PURCHASING LDW, RENTER
SHOULD CHECK IF OWN INSURANCE COVERS DAMAGE TO AND LOSS OF THE VEHICLE, THE LIMIT OF COVERAGE AND DEDUCTIBLE. IF THE
RENTER DECLINES LDW, RENTER MAY BE LIABLE FOR UP TO THE RETAIL FAIR MARKET VALUE (LESS SALVAGE) OF THE VEHICLE,
REGARDLESS OF FAULT, UNLESS LDW EXCLUDES ORDINARY NEGLIGENCE. REPAIRS ARE AT AVIS' COST. READ LDW TERMS ON THE
RENTAL DOCUMENT JACKET TERMS AND CONDITIONS. INCLUDING EXCLUSIONS FROM LDW, SUCH AS DWI/ABUSE OR DRIVING ON UNPAVED
ROADS.
--RENTALS ARE BASED ON A TWENTY FOUR HOUR PERIOD WITH A MINIMUM CHARGE OF
ONE DAY(24 HOURS) PLUS MILEAGE. FUEL SERVICES ADDITIONAL.
--NO ADDITIONAL OPERATORS ARE AUTHORIZED OR PERMITTED WITHOUT AVIS' PRIOR WRITTEN APPROVAL IN ACCORDANCE WITH THE
TERMS AND CONDITIONS OF THE RENTAL AGREEMENT OR APPLICABLE STATE LAW.
--IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED A SERVICE CHARGE APPLIES.
--IF I HAVE PRESENTED A CREDIT CARD FOR PAYMENT, ALL CHARGES, INCLUDING PARKING TICKET EXPENSES, MAY BE BILLED TO
THE CARD, AND MY SIGNATURE BELOW WILL BE CONSIDERED TO HAVE BEEN MADE ON THE APPLICABLE CARD VOUCHERS.
--BY MY SIGNATURE, I ACKNOWLEDGE RECEIPT OF ALL NOTICES WHICH APPEAR ON THIS RENTAL DOCUMENT AND AGREE TO THE TERMS
AND CONDITIONS ON THE SEPARATE RENTAL DOCUMENT JACKET PROVIDED TO ME.
--FOR LOCAL ALASKA BILLING INQUIRIES CALL 907-243-4300 (ANCHORAGE).
--CHARGES ARE SUBJECT TO FINAL AUDIT.
--THANK YOU FOR RENTING FROM AVIS.

--CANADIAN CITIZENS ARE NOT PERMITTED TO DRIVE AN AMERICAN REGISTERED
VEHICLE INTO CANADA. TO REACH SKAGWAY, HAINES, AND JUNEAU YOU MUST TRAVEL
THROUGH CANADA.

X _____

--ON WEEKEND RENTAL RATES THE VEHICLE MUST BE RETURNED BY MONDAY AT 2359
OR HIGHER RATE APPLIES FOR ENTIRE RENTAL.
--DURING SEVERE COLD WEATHER YOU ARE RENTING AT YOUR OWN RISK. IF FOR ANY
REASON AVIS HAS TO SERVICE THE VEHICLE THERE WILL BE A $50 CALL OUT FEE
AUTOMATICALLY CHARGED TO YOUR RENTAL. IF VEHICLE IS TOWED DUE TO SEVERE
WEATHER, TOWING CHARGES WILL ALSO BE ADDED TO YOUR RENTAL.



Exhibit 1   Page 2