AST CASE NO. _____

SEARCH WARRANT NO. _____

ATTACHMENT IN SUPPORT OF AFFIDAVIT FOR SEARCH WARRANT

# PERFORMANCE RECORD OF SCENT DETECTION CANINE TEAM TROOPER MOBLEY AND K-9 YUKON"

The facts tending to establish the forgoing grounds for issuance of a search warrant are as follows:

1. The affiant is K-9 Trooper Aaron N. Mobley, who has been an Alaska State Trooper in Alaska since AUGUST 10th, 2003. The affiant has completed a 6-week Detector Canine Academy through the Alaska State Trooper K-9 Unit and was certified on JUNE 3rd, 2005. The affiant and K-9 Yukon have been certified as a scent detection team since FEBUARY 4th, 2006.

2. K-9 Yukon completed a 6-week detector canine academy and was certified in the detection of controlled substances Cocaine, Heroin, Methamphetamine, and Marijuana on JULY 8th, 2005.

3. From JANUARY 2006 to present K-9 Yukon has been commanded to sniff for the presence of the odor of controlled substances approximately __67__ times during scent detection training and has indicated on __67__ of the training substances when commanded. K-9 Yukon performs blank training searches where no controlled substances are present and also trains in a variety of environments and conditions including luggage, vehicles, packages, residences, and offices as part of his maintenance training.

4. Since K-9 Yukon's last certification, K-9 Yukon has been commanded to sniff for the presence of the odor of controlled substances __23__ times during actual controlled substance investigations and has indicated __21__ times during those investigations. Subsequent searches and/or interviews have corroborated K-9 Yukon's indication to the presence of the odor of controlled substances on __21__ of those indications. There has been __NO__ occasions where K-9 Yukon indicated and the reason for the indication remains unexplained.

5. On April, 15th, 2006, at approximately _2336_ hours, K-9 Yukon indicated to the presence of the odor of narcotics coming from ENX567, a gray Toyota four door car. On 4/15/2006 at 2336 hours, Officer Keeler (UAFPD) conducted a traffic stop on the above vehicle, and subsequently requested that a K9 sniff conducted on the vehicle. The driver, Teffin C. Goss II gave verbal consent to search the vehicle. K9 Yukon conducted an on lead exterior search and off lead interior search of ENX567. K9 Yukon indicated on the center console, and subsequently a small bag of crack cocaine was located inside. The car was impounded for investigation.

Title – Trooper Mobley      Signature _____

Subscribed and sworn before me on __16__ _April_ _2006_ Fairbanks, Alaska

_____ Notary Public

MCE 10/31/06

Exhibit 5