NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                   )<br>                  Plaintiff,             )<br>                                                   )<br>         vs.                                  )<br>                                                   )<br> TEFFIN C. GOSS, II,                )<br>                                                   )<br>                  Defendant.         )<br>_____) | Case No. 4:06-cr-00024 (RRB-TWH)<br><br>**<u>MOTION TO EXTEND TIME</u>**<br>**<u>TO RESPOND TO INITIAL</u>**<br>**<u>REPORT AND</u>**<br>**<u>RECOMMENDATION ON</u>**<br>**<u>SHORTENED TIME</u>** |

COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to extend the filing deadline for a response to the Initial Report and Recommendation due to counsel for the Government being on approved annual leave and returning August 31; which is the response due date. Plaintiff's counsel in this case also has a post conviction response due in another case due

this date.

Further, the initial report and recommendation was filed on August 28, 2006, and the regular response time would have been 5 calendar days, with a response deadline of September 5, due to the Monday holiday. Counsel respectfully requests additional time until Monday, September 5, to respond to the report and recommendation.

WHEREFORE plaintiff respectfully requests that the August 31, noon, deadline be reset until the following week.

RESPECTFULLY SUBMITTED this 31st day of August, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on August  31 , 2006, that a true and correct copy of the foregoing
**MOTION TO EXTEND TIME TO RESPOND TO INITIAL REPORT AND RECOMMENDATION ON SHORTENED TIME**, was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder