NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00024 (RRB-TWH) |
| Plaintiff, | ) | |
| | ) | [Proposed] |
| vs. | ) | |
| | ) | **ORDER** |
| TEFFIN C. GOSS, II, | ) | |
| Defendant. | ) | |

IT IS SO ORDERED.   Plaintiff's Motion On Shortened Time is Granted/Denied.  Response to the Initial Report and Recommendation is now due September 5, 2006, by close of business.

Dated:_____          _____
                                                          TERRANCE W. HALL
                                                          United States Magistrate Judge