M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:06-cr-0024-RRB-TWH |
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE RESPONSES TO OBJECTIONS TO REPORT AND RECOMMENDATIONS** |
| TEFFIN C. GOSS, II, | *Filed on Shortened Time* |
| Defendant. | |

Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves the court for permission to file responses to the government's objections (Docket 46) to the report and recommendation filed at Docket 44.  Counsel for defendant is out off the office ill today.  She has spoken by telephone with Assistant United States Attorney Bryan Schroder, and he has no objection to this one-day continuance.

///

///

///

DATED this 5th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 5, 2006, a copy of the
foregoing document, with attachments, was
served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden