M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>                  Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**UNOPPOSED MOTION<br>TO CONTINUE TRIAL** |

       Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves the court to continue the trial in this matter, currently scheduled for September 18, 2006, for a period of three weeks.  A continuance of the trial for three weeks is necessary, given the unresolved pending motion to suppress evidence in this matter.

       The undersigned has spoken with Assistant United States Attorney Bryan Schroder, and he in unopposed to this continuance.  Counsel notifies the court that she is unavailable October 19 through 27, 2006.

DATED this 5th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Georgia Bar No. 316531
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 5, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden