UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>        Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED**<br>**ORDER CONTINUING TRIAL** |

After due consideration of defendant's Unopposed Motion To Continue Trial, the court GRANTS the motion. Trial in this matter, currently scheduled for September 18, 2006, is vacated and rescheduled for _____, 2006. A final pretrial conference is scheduled for _____, 2006.

        DATED _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge