UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>　　　　　　Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**PROPOSED<br>ORDER GRANTING ONE-DAY<br>EXTENSION** |

　　　　After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

　　　　After due consideration of defendant's Unopposed Motion for One-day Extension of Time to File Responses to Objections to Report and Recommendations, the court GRANTS the motion. Defendant's responses shall be filed by close of business on September 6, 2006.

　　　　DATED __5 Sept__, 2006, in Anchorage, Alaska.

　　　　　　　　　　　　REDACTED SIGNATURE
　　　　　　　　　　　　Terrance W. Hall
　　　　　　　　　　　　United States Magistrate Judge