## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  USA  </u>   v.   <u>  GOSS  </u>

DATE: <u>  September 6, 2006  </u>    CASE NO.   <u>  4:06-CR-0024-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:    **MINUTE ORDER FROM CHAMBERS**
                **SCHEDULING HEARING**

---

A hearing on Defendant's Unopposed Motion to Continue Trial (Docket 49) will be held on **Thursday, September 7, 2006,** at **1:30 p.m.**, in Courtroom 1 in Fairbanks, Alaska. Defendant and M.J. Haden will be in the Fairbanks courtroom and Judge Beistline and Mr. Schroder will attend telephonically by calling Meet Me Bridge "B" at 677-6247.

M.O. SCHEDULING HEARING