UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

   USA   v.   TEFFIN C. GOSS, II

THE HONORABLE TERRANCE W. HALL

DEPUTY CLERK                              CASE NO.  4:06-CR-000024-RRB-TWH

 Cathrine Conklin

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: September 8, 2006

      Objections to the magistrate judge's recommendation at document No. 44 have been carefully reviewed.  See objections at document No. 46; recommendation on motion to suppress evidence, document No. 22.  Upon due consideration, the magistrate judge declines to modify his recommendation.  Accordingly, this matter will now be forwarded to the trial judge for determination.

[USA v. Goss_minute order_9.7.06.wpd]{MJ07.WPD*Rev.3/97}