M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>  Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO GOVERNMENT'S SUPPLEMENTAL BRIEFING**<br>*Filed on Shortened Time* |

Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves for an additional 24 hours, until noon on September 14, 2006, within which to file his response to the government's supplemental briefing, filed shortly before noon on September 11 at Docket 55, regarding defendant's motion to suppress, filed at Docket 22.  Defendant's response currently is due by noon today (*see* court's Minute Entry at Docket 53).

Undersigned counsel has not been able to give the time necessary to properly respond to the government's supplemental briefing.  She participated in two sentencings in Fairbanks on September 12, requiring her to spend the entire day out of her

Anchorage office. Although counsel was able to devote some time to working on defendant's response, difficulties with the computer in the Fairbanks office prevented counsel from progressing to a point where the response can be timely filed. Counsel therefore respectfully requests a 24 hour continuance in the time for defendant's response.

Undersigned has spoken with Assistant United States Attorney Bryan Schroder, and he has no objection to this extension.

DATED this 13th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on September 13, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden