UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

TEFFIN C. GOSS, II,

               Defendant.

Case No. 4:06-cr-0024-RRB-TWH

~~PROPOSED~~
**ORDER EXTENDING TIME**

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion for a 24 hour extension of time within which to file defendant's response to the government's supplemental briefing regarding defendant's motion to suppress, the motion is GRANTED. Defendant shall have until noon on September 14, 2006, within which to file responses to the government's supplemental briefing.

DATED   9/13/06   , 2006, in Anchorage, Alaska.

Ralph R. Beistline
United States District Court Judge