M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>                         Defendant. | Case No. 4:06-cr-0024-RRB-TWH<br><br>**UNOPPOSED MOTION<br>ON SHORTENED TIME TO<br>SCHEDULE TRIAL TO BEGIN ON<br>OCTOBER 12, 2006** |

Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, and moves this court on shortened time to schedule the trial in the above-styled case to begin on Thursday, October 12, 2006.  In its September 7, 2006, order at Docket 53, the court set the trial in this case to begin within the week of October 10, 2006, in Fairbanks, Alaska.  Mr. Goss respectfully requests that the court set a definite trial date of Thursday, October 12, 2006.

This request is necessary because Mr. Goss is trying to arrange the appearance of an out-of-district expert witness.  Mr. Goss has provided the government notice that he intends to call Dr. Raymond Grimsbo, a forensic scientist from Intermountain

Laboratories of Portland, Oregon. Dr. Grimsbo has advised that he is scheduled to appear in two other proceedings on October 12th and October 13th; however, he is certain that he will be available to testify at Mr. Goss's trial on Monday, October 16, 2006.

As the parties expect that the jury selection and the government's case-in-chief will take approximately two days, Mr. Goss asks that the court schedule the trial to begin on Thursday, October 12, 2006, as a date certain in order to accommodate Dr. Grimsbo's availability to travel from Oregon to Fairbanks to appear as an expert witness.

Undersigned counsel has discussed these scheduling arrangements with Assistant United States Attorney Bryan Schroder. Mr. Schroder has advised that he is unopposed to Mr. Goss's request.

DATED this 29th day of September, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:
I certify that on September 29, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden