UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

TEFFIN C. GOSS, II,

                Defendant.

Case No. 4:06-cr-0024-RRB-TWH

**PROPOSED
ORDER SCHEDULING
DATE CERTAIN FOR TRIAL**

After due consideration of defendant's motion on shortened time, the court GRANTS the motion.

After due consideration of defendant's motion to schedule trial to begin on October 12, 2006, the court GRANTS the motion.  The trial in the above styled case currently schedule to begin the week of October 10, 2006, is hereby scheduled to begin on October 12, 2006 at _____ a.m./p.m., as a date certain.

DATED _____, 2006, in Anchorage, Alaska.

_____
Ralph R. Beistline
United States District Court Judge