# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

USA  v.  GOSS

DATE:   October 2, 2006    CASE NO.   4:06-cr-0026-JWS

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
**REASSIGNING CASE AND RESCHEDULING HEARING**

═══════════════════════════════════════════════════════════

By agreement of the judges, this case is being reassigned to Judge Sedwick. The final pretrial conference scheduled for October 6, 2006, is **rescheduled** and will be held on **Wednesday, October 4, 2006, at 10:00 a.m.**, in Courtroom 3. Defense counsel shall call Linda Christensen at 677-6104 to make arrangements for telephonic attendance by Defendant.

M.O. REASSIGNING CASE AND RESCHEDULING HEARING