**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  TEFFIN C. GOSS, II  </u>

THE HONORABLE RALPH R. BEISTLINE

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  <u>  4:06-cr-00024-RRB  </u>

<u>  Pam Richter  </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**    DATE: October 2, 2006</u>

By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 4:06-cr-00024-JWS.

[]{IQ1.WPD*Rev.12/96}