M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>  Defendant. | Case No. 4:06-cr-0024-JWS<br><br>**NOTICE OF INTENT TO USE DIGITAL EVIDENCE PRESENTATION SYSTEM DURING TRIAL** |

   Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, gives notice of his intent to use the Court's Digital Evidence Presentation System (DEPS) during the trial in the above-captioned case, currently scheduled to commence the week of October 10, 2006, in Fairbanks, Alaska.

///

///

///

///

DATED this 3rd day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on October 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden