M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>                Defendant. | Case No. 4:06-cr-0024-JWS<br><br>**TEFFIN C. GOSS'S<br>PROPOSED VOIR DIRE** |

Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, requests the court to ask prospective jurors the following questions concerning their eligibility to serve at her trial.

**I.      General Introductory Questions**

1.      You have probably heard the phrase "proof beyond a reasonable doubt" in criminal cases.  What do you believe that term means?  What do you think about the government having that burden?

2. What would you do if you thought the accused person was probably guilty, but the government had not convinced you of his/her guilt beyond a reasonable doubt?

3. How many of you at any time in your life, including your childhood, have ever been falsely accused of something you did not do?

4. What happened when you were falsely accused?

5. Were you able to prove that you did not do it?

6. How did you go about proving that you were innocent?

7. Were you able to prove your innocence? Are there still people who do not believe you?

8. Do you think there would have been a fairer result if your accusers had to prove you were guilty, rather than you proving you did not do it?

9. The indictment in a criminal case is only an accusation. It has no weight whatsoever as evidence. Is there any juror who believes that a person would not have been indicted or charged with a crime unless he or she were in fact guilty?

10. Do you understand that there has been no prior determination of guilt or innocence in this case and that this trial is the first chance the defendant will have had to have the facts heard and weighed?

11. Have you heard anyone discuss this case? If so, who? When? Where?

12. How many of you have heard the saying, "where there's smoke, there's fire?" How many believe that saying applies to a person who has been arrested, or written a traffic ticket?

13. Does anyone think that it is fair to assume that because a person has been charged for a criminal offense that they are most likely guilty of that offense?

14. Do any of you feel as you sit here now that it is impossible for a federal law enforcement officer to ever charge an innocent person?

15. Do any of you feel that the defendant would not be here if he had not done something unlawful? If so, please explain.

16. Would anyone tend to believe a law enforcement officer more readily than any other witness?

17. Do you understand that the testimony of a government witness is not entitled to any greater weight than the testimony of any other witness, merely because he or she is an employee of the government?

18. Do you understand that the defendant does not have to produce any evidence in this case?

19. Do you understand that proof beyond a reasonable doubt is proof beyond mere suspicion and conjecture?

20. Do you understand that a reasonable doubt can arise not only from the evidence produced, but also from a lack of evidence or a failure to produce evidence?

21. Did anyone read anything about the allegations charged in the indictment in the FAIRBANKS NEW-MINER? If so, what do you remember about the article?

II.     **Specific Offense Questions**

22. In this case, the government claims that Mr. Goss possessed with the intent to distribute cocaine base (crack) that was located in a rental vehicle belonging to

another person. Is there anything about the nature of this case that would prevent any member of the panel from judging this matter fairly?

23. Some people say that many of the problems in this country are related to drugs. Do you believe that drugs cause problems in this country? If so, please indicate what problems you think they cause.

24. Are you one of the people who think that drugs cause too many problems in this country? Can you set that view aside and give Mr. Goss a fair trial?

25. Are you open to the possibility that Mr. Goss did not know that the drugs were in the rental vehicle and therefore did not possess the cocaine base (crack) with the intent to distribute it?

26. Are you open to the possibility that Mr. Goss did not possess cocaine base (crack) with the intent to distribute it to another person?

27. Are you open to the possibility that Mr. Goss may be innocent of the charges leveled against him?

28. Are you open to the possibility that the police might be mistaken about whether Mr. Goss knowingly possessed cocaine base (crack) with the intent to distribute it to another person?

29. Are you open to the possibility that a witness though sincere about his or her testimony can still be mistaken about what he or she saw?

## III. General Deliberation Questions

30. Would any of you find it difficult to maintain your true opinion even if all the other jurors disagreed with your opinion?

31. If you are selected as a juror in this case, do you promise to play an active role in its deliberations?

32. If you have any reasonable doubts when you enter deliberations, do you promise to discuss them with your fellow jurors?

33. If, during the course of your deliberations, you are of one opinion and your fellow jurors of another, do you promise to stick to your opinion unless you are persuaded by the other jurors that the evidence compels a contrary result?

34. Do you promise not to surrender an opinion regarding the guilt or innocence solely for the purpose of reaching an agreement with your fellow jurors and terminating the jury deliberations?

35. If after hearing an instruction on the law which you believe is wrong, would any of you have difficulty setting aside your own personal beliefs and values? If you think that you might not, please explain.

36. Would you return a not guilty verdict, if that is what the instructions required, based on the evidence, even if you believed the defendant deserves punishment?

37. How many of you have ever had family, friends, or have yourself ever been discriminated against or witnessed discrimination against another person? How did it make you feel when it happened?

38. Would you say this is a good place or a bad place for an African-American to stand trial? Why?

39. How would you feel if you were on trial in a foreign country and the judge, all the lawyers, the bailiff, most of the witnesses and all the jurors were African-

American? What concerns would you have under those circumstances about getting a fair trial?

   40. Since Mr. Goss is in a similar situation, how can he get a fair trial?

   41. If you were the defendant, would you want to be tried by a jury composed of twelve persons who have the same views you do?

   42. Is there anything which has not been the subject of these questions but which you believe may be of interest to counsel or the court with regard to whether you should sit as a trial juror in this case?

   43. Do you understand that the defendant is presumed to be innocent, and that the presumption covers him throughout the trial unless or until the evidence should convince you beyond a reasonable doubt that he is guilty of the crime charged?

   DATED this 3rd day of October, 2006.

           Respectfully submitted,

           FEDERAL PUBLIC DEFENDER
           FOR THE DISTRICT OF ALASKA

           /s/ M. J. Haden
           Staff Attorney
           Alaska Bar No. 0607047
           601 West Fifth Avenue, Suite 800
           Anchorage, AK  99501
           Ph:  (907) 646-3400
           Fax:  (907) 646-3480
           mj_haden@fd.org

Certification:

I certify that on October 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden