Screen for VRA

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
AT FAIRBANKS, ALASKA

STATE OF ALASKA,            )
        Plaintiff,    )
                            )
    vs.                     )
                            )
                            )
TEFFIN C. GOSS II           )
        Defendant.    )
                            )
DOB: 09/18/81               )
 ID: 6983384                )
DOV: 05/05/04               )
ATN: 108272151              )

Case No. 4FA-S04-1495 CR.

### JUDGMENT AND ORDER OF COMMITMENT/PROBATION

The defendant came before the court for a jury trial on August 2 - 4, 2004, and was found and adjudged GUILTY of the offenses named below.

| Count | Offense | Statute Violated |
|---|---|---|
| I | Misconduct Involving Controlled Substance in the Third Degree | AS 11.71.030(a)(1) |
| II | Misconduct Involving Weapons in the Second Degree | AS 11.61.195(a)(1) |

DV Offense Per AS 18.66.990(3) & (5) - No

Defendant came before the court on January 20, 2005 with his counsel, David Allen, and Scott Mattern, the Assistant District Attorney present.

**IT IS ORDERED** that the defendant is hereby committed to the care and custody of the Commissioner of the Department of Corrections for the following period(s):

| Count | Sentence | Time Suspended | |
|---|---|---|---|
| I & II | Four years | Two years | Composite sentence. |

This sentence is non-presumptive. The defendant is eligible for parole.

Exhibit 1

000051

| | |
|---|---|
| State vs. Goss | 4FA-S04-1495 CR |
| Judgment | Page # 2 of 4 |

**IT IS FURTHER ORDERED** that the defendant pay the statutorily mandated surcharge of $100.00 within 10 days.

**DNA IDENTIFICATION.** If this conviction is for a "crime against a person" as defined in AS 44.41.035(j), or a felony under AS 11 or AS 28.35, the defendant is ordered to provide samples for the DNA Registration System when requested to do so by a health care professional acting on behalf of the state, and to provide oral samples when requested by a correctional, probation, parole, or peace officer. AS 12.55.015(h).

**IT IS FURTHER ORDERED** that, after serving any term of incarceration imposed, the defendant is placed on probation for a period of two years, under the following conditions:

GENERAL CONDITIONS OF PROBATION:

1. Report to the Department of Corrections Probation Office on next business day following the date of sentencing, or, if time is to be served prior to probation, report to the Department of Corrections Probation Office on the next business day following release from incarceration.

2. Secure the prior permission of probation officer of the Department of Corrections before changing employment or residence or leaving the region of residence assigned.

3. Make a reasonable effort to secure and maintain steady employment. Should you become unemployed, notify the Department of Corrections as soon as possible.

4. Report in person between the first day and the tenth day of each month, or as otherwise directed, to your assigned office of the Department of Corrections. Complete in full a written report when your probation officer is out of the office to insure credit for that visit. You may not report by mail unless you secure prior permission to do so from your probation officer.

5. At no time have under your control a concealed weapon, a firearm, or a switchblade or gravity knife. You are prohibited from possessing, receiving, shipping or transporting a firearm and you are prohibited from knowingly residing in a dwelling where there is a firearm capable of being concealed on one's person, or a prohibited weapon.

6. Do not knowingly associate with a person who is on probation or parole or a person who has a record of a felony conviction unless prior written permission to do so has been granted by a probation officer of the Department of Corrections.

| | |
|---|---|
| State vs. Goss | 4FA-S04-1495 CR |
| Judgment | Page # 4 of 4 |

## NOTICE TO DEFENDANT

You are advised that according to the law, the court may at any time revoke your probation for cause or modify the terms or conditions of your probation. You are subject to arrest by a probation officer with or without a warrant if the officer has cause to believe that you have violated a condition of your probation. You are further advised that it is your responsibility to make your probation officer aware of your adherence to all conditions of probation set forth above.

"<u>Sentence Appeal</u>. If you are ordered to serve more than two years in jail, you may appeal the sentence to the court of appeals on the ground that it is excessive. Your appeal must be filed within 30 days of the date of distribution stated below. If you are sentenced to serve two years or less in jail, you may seek review of your sentence by filing a petition for review in the supreme court. To do this, you must file a notice of intent to file a petition for sentence review within 10 days of the date of distribution stated below. See Appellate Rules 215 and 403(h) for more information on time limits, procedures and possible consequences of seeking review of your sentence."


I certify that a copy of the foregoing was
distributed via:

**MAIL:**
[ ] DEFT  [✓] DPS  [ ] DMV  [ ] Other_____
**HAND DELIVERY (Pick Up Bin):**
[✓] DA   [ ] CA  [✓] PD  [✓] DOC
[✓] FCC  [ ] AST [ ] FPD [ ] FASAP
[ ] ABC  [ ] LEAP [✓] NEWS
[ ] AG COLLECTIONS [ ] CAL
[ ] EXHIBIT CLERK [✓] MISC __data__
**COURIER SERVICE:**
[✓] OPA  [ ] Other_____

**FAX:** _____

Clerk: _MOL   1-27-05_

000054

| State vs. Goss | 4FA-S04-1495 CR |
|---|---|
| Judgment | Page # 3 of 4 |

7. Make a reasonable effort to support your legal dependents.

8. Do not consume intoxicating liquor to excess.

9. Comply with all municipal, state and federal laws.

10. Report all purchases, sales and trades of motor vehicles belonging to you together with current motor vehicle license numbers for those vehicles to your probation officer.

11. Abide by any special instructions given by the Court or any of its duly appointed officers, including probation officers of the Department of Corrections.

SPECIAL CONDITIONS OF PROBATION:

1. Obtain a substance abuse screening and evaluation from a DOC approved agency within 60 days of release, if not obtained while incarcerated, and comply with recommendations.

2. Sign release(s) of information allowing DOC to monitor his participation and attendance in evaluation/treatment/counseling, as well as to receive copies of evaluations, progress reports and discharge summaries.

3. Do not consume or possess alcohol or illegal drugs.

4. Inform probation officer of any medications being taken and show proof of valid prescriptions for such.

5. Submit to a breathalyzer, urinalysis or blood test upon any request of a probation officer or treatment provider.

6. Submit to a warrantless, non-consensual search directed by any probation officer, of your person, personal property, residence or any vehicle in which she may be found for prohibited weapons, controlled substances, and drug paraphernalia.

January 20, 2005
Effective Date

rfs



Randy M. Olsen
Superior Court Judge

Jan. 25, 2005
Date Signed

STATE OF ALASKA
FOURTH JUDICIAL DISTRICT
I the undersigned, certify that this is a true and full copy of an original document on file in the Trial Courts Fourth Judicial District, State of Alaska
Witness my hand and the seal of the court this _____ of _____, 20___ at Fairbanks, Alaska
By _____ Deputy

R. Meier    E. Reyna

000053