M. J. Haden
Staff Attorney
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>                    Defendant. | Case No. 4:06-cr-0024-JWS<br><br>**MOTION IN LIMINE TO EXCLUDE EVIDENCE THAT VIOLATES RULES 401, 402, AND 403** |

Defendant, Teffin C. Goss, II, by and through counsel M. J. Haden, Staff Attorney, moves this court for order excluding the following evidence under Federal Rules of Evidence 401, 402, and 403.

**I.      Any Reference to Prior Interaction with Law Enforcement**

Mr. Goss requests that the government be precluded from presenting any reference to his prior interaction with law enforcement.  This would include that fact that during the traffic stop that ultimately resulted in his arrest in this case, Officer Keeler received information from the UAF police dispatcher that Mr. Goss had "3500" history, meaning that Goss had had some type of interaction with law enforcement in the past that

involved narcotics. In addition, during the traffic stop, Mr. Goss advised the officer that he had had a prior unpleasant encounter with a police officer that resulted in his arrest for possession of a firearm. Mr. Goss requests that both of these prior interactions with law enforcement be excluded from the government's case-in-chief.

As the government has provided no notice of its intent to present prior bad acts evidence under Rule 404(b), Mr. Goss requests that the government be precluded from presenting testimony concerning his prior conviction or the fact that he had an appeal pending at the time of his arrest.

## II.     Mr. Goss's Invocation of His Constitutional Rights

Mr. Goss requests that the government be prohibited from presenting testimony that Mr. Goss asserted his Fourth Amendment right by refusing to consent to a search of the rental car. In addition, Mr. Goss requests that the government be prohibited from presenting testimony that during questions by the law enforcement officers Mr. Goss requested an attorney and exercised his right to remain silent.

## III.    Officer's Opinion That Mr. Goss Appeared Deceptive

During his testimony in front of the state grand jury, Officer Keeler testified that Mr. Goss appeared deceptive during questioning. Mr. Goss requests that Officer Keeler's opinion be precluded as it is lacks any objective or legitimate support. "The opinions of an investigating officer on the defendant's guilt are presumptively prejudicial and inadmissible and constitute reversible error." Dubria v. Smith, 197 F.3d 390, 400 (9th Cir. 1999).

IV.     **Rap Lyrics Located in Rental Vehicle**

Mr. Goss requests that the government be prohibited from introducing the "rap lyrics" located in the rental vehicle. The lyrics are of no evidentiary value. There is no evidence to suggest that the lyrics belonged to Mr. Goss. Furthermore, the lyrics – as most rap lyrics do – contain street language and references to sexual acts. As these words may offend some jurors; Mr. Goss requests that the government be prohibited from submitting the lyrics into evidence. Mr. Goss is charged with knowingly and intentionally possessing with the intent to distribute 5 grams or more of a mixture or substance containing cocaine base in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

V.      **White Plastic Box With Marijuana Residue**

Mr. Goss is charged with possession of cocaine base. Found in the trunk of the rental vehicle was a white plastic box that tested positive for marijuana residue. Mr. Goss contends that the fact the white box tested positive for marijuana residue has no evidentiary value or relevance to the issues presented in this case and requests that the government be prohibited from introducing the positive marijuana test results.

This motion is submitted pursuant to the Fifth and Sixth Amendments, pursuant to D. Alaska Loc. R. 7.1 and is based upon Fed. R. Evid. 401,402, and 403.

///

///

///

///

///

DATED this 3rd day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Staff Attorney
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on October 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden