NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00024-JWS |
| | ) | |
| Plaintiff, | ) | **GOVERNMENT'S NOTICE** |
| | ) | **REGARDING EXPERT** |
| vs. | ) | **TESTIMONY** |
| | ) | |
| TEFFIN C. GOSS, II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of

Evidence 702, that it intends to call in its case-in-chief at trial Mr. Michael Foran,

a Special Agent for the Drug Enforcement Administration (DEA) , as an

expert witness. His statement of qualifications is attached. (Attachment 1)

Mr. Foran is a Special Agent for the DEA. Mr. Foran will discuss whether the evidence found in the Defendant's vehicle was consistent with drug distribution. He will also describe the manufacture of cocaine base and the appearance of cocaine base after it has been manufactured.

The DEA-6 Reports on this matter authored by Special Agent Foran were provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on June 9, 2006.

RESPECTFULLY SUBMITTED this  4th  day of October, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4 , 2006, that a true and correct copy of the foregoing
**GOVERNMENT'S NOTICE  REGARDING EXPERT TESTIMONY**,
was served, via Electronic Filing, on:

`M.J. Haden`

s/Bryan Schroder