NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 4:06cr-00024-JWS |
| ) | |
| Plaintiff, ) | **GOVERNMENT'S NOTICE** |
| ) | **REGARDING EXPERT** |
| vs. ) | **TESTIMONY** |
| ) | |
| TEFFIN C. GOSS, II, ) | |
| ) | |
| Defendant. ) | |
| ) | |

COMES NOW the United States, by and through counsel, and files its

notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of

Evidence 702, that it intends to call in its case-in-chief at trial Mr. Steve Palmer, a

Criminalist, at the State of Alaska Scientific Crime Detection Laboratory, as an

expert witness. His statement of qualifications is attached. (Attachment 1)

Mr. Palmer is the State of Alaska criminalist who analyzed the cocaine base (crack) seized from the defendant's vehicle on April 15, 2006. Mr. Palmer will discuss his analysis and conclusions as provided in his report. He will also describe the manufacture of cocaine base and the appearance of cocaine base after it has been manufactured.

The Lab Report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16 discovery on June 9, 2006.

RESPECTFULLY SUBMITTED this __4th__ day of October, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4 , 2006,
that a true and correct copy of the foregoing
**GOVERNMENT'S NOTICE**
**REGARDING EXPERT TESTIMONY**,
was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder