# STATEMENT OF QUALIFICATIONS

**Name of Lab:** Scientific Crime Detection Laboratory
5500 E. Tudor Road
Anchorage, AK 99507

**Date:** December 21, 2005

**Name:** Stephen C. Palmer

**Job Title:** Criminalist III

**Discipline(s):** Indicate all areas in which you do casework.

Blood Alcohol testing
Solid Dose Drug Analysis

**Education:** List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| Eastern Nazarene College | 1978-1983 | Biology | B.A. |
| University of Alaska-Anchorage | 1989-1991 | Computer Science | |

**Other Training:** List continuing education, workshops, in-service and other formal training received.

2003: *The Effects of Drugs on Human Performance and Behavior*, Indiana University Center for Studies of Law In Action, Bloomington, Indiana (4 days)

2001: *Methamphetamine: Synthesis and Analysis Workshop*, California Criminalistics Institute in Sacramento, California. (40 hours)

1998: *Clandestine Laboratory Workshop*, Multijurisdictional Counterdrug Task Force Training, Florida National Guard, Criminal Justice Institute, Anchorage, Alaska (24 hours)

1996: *Toxicology Work/Study Program*, Center for Human Toxicology, University of Utah Research Park, Salt Lake City, Utah (60 hours)

1995: *Driving Under the Influence of Drugs - Testimony Issues, Pharmacology and Impairment*, Northwest Association of Forensic Scientists, Anchorage, Alaska (1.5 days)

1994: *Introduction to Turbochrom v4.0 and Advanced Turbochrom v4.0*, Perkin-Elmer, Anchorage, Alaska, May (16 hours)

*Courtroom Procedures for Law Enforcement Officers*, U.S. Department of Justice, Anchorage, Alaska, May (16 hours)

Attachment 1

**Statement of Qualifications:**     Stephen C. Palmer
Page 2

**Other Training:** (continued)

- 1993: <u>Tests for BAC in Highway Safety Programs--Supervision and Expert Testimony</u>, University of Indiana, December (40 hours)

    <u>Intoximeter 3000 D Factory School</u>, Intoximeters, Inc., Richmond, California, April (40 hours)

    <u>Methods of Instruction</u>, Public Safety Training Academy, Sitka, Alaska, April (40 hours)

- 1992: <u>Breath Test Supervisor Certification</u> (10/30/92 - 10/30/95), Scientific Crime Detection Laboratory, Anchorage, Alaska (40 hours)

    <u>DWI Detection and Standardized Field Sobriety Testing Course</u>, U.S. Department of Transportation, Anchorage, March (16 hours)

**Courtroom Experience:** List the discipline(s) in which you have qualified to testify as an expert witness and indicate over what period of time and approximately how many times you have testified in each.

- 08/91-present: Blood and urine drug testing, 11 times
- 06/93-present: Blood and breath alcohol testing, 69 times
- 08/98-present: Solid dose drug testing, 73 times

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

Member, Society of Forensic Toxicologists (SOFT)

**Employment History:** List all scientific or technical positions held, particularly those related to forensic sciences. List current position first. Give a brief summary of principal duties and tenure in each position.

(1) Job Title: Criminalist III
    Employer: Alaska Department of Public Safety Scientific Crime Detection Laboratory
              Anchorage, Alaska
    Principal Duties: Primary duties include testing various items for controlled substances, testing whole blood samples for alcohol content and assisting the Statewide Breath Alcohol Program. Expert witness testimony in regards to blood and breath alcohol testing as well as alcohol physiology and pharmacology.
    Tenure: 1992 - present

(2) Job Title: Lab Manager
    Employer: Allvest, Inc.
              Anchorage, Alaska
    Principal Duties: Oversaw the screening and confirmation of urine samples for drugs of abuse. Conducted administrative tasks to help maintain all aspects of the lab.
    Tenure: 1991 - 1992

Statement of Qualifications:    Stephen C. Palmer
Page 3

## Employment History: (continued)

(3) **Job Title:** Lab Assistant
    **Employer:** Providence Hospital
    Anchorage, Alaska
    **Principal Duties:** Prepared samples to be tested. Performed computerized data management. Worked as liaison between lab staff and doctors or nurses. Routine phlebotomy. Computer operator.
    **Tenure:** 1987 - 1991

(4) **Job Title:** Toxicologist/Medical Technician
    **Employer:** Bioran Medical Laboratories
    Cambridge, Massachusetts
    **Principal Duties:** Performed comprehensive toxic analysis of serum, urine, and gastric samples. Reported stat results for medical emergency treatment.
    **Tenure:** 1985 - 1987

## Other Qualifications:
List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.

### INSTRUCTOR CERTIFICATION:

Alaska Police Standards Council Certified Police Instructor

### INTOXIMETERS, INC. CERTIFICATION:

Factory Authorized Technician I