MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.  TEFFIN C. GOSS, II           CASE NO. 4:06-CR-00024-JWS
Defendant: X Present    X In Custody - Telephonic

BEFORE THE HONORABLE:          JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:         SUZANNETTE DAVID / APRIL KARPER

UNITED STATES' ATTORNEY:       BRYAN SCHRODER

DEFENDANT'S ATTORNEY:          M.J. HADEN

PROCEEDINGS: FINAL PRETRIAL CONFERENCE Held 10/04/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:06 a.m. court convened.

Defendant's Unopposed Motion to Schedule Trial to Begin on October 12, 2006 (Dkt 60) **GRANTED;** Trial by jury previously set for **October 10, 2006 at 8:30 a.m. in Fairbanks VACATED**; Trial by jury set for **October 12, 2006 at 8:30 a.m. in Fairbanks.**

Court and counsel heard re trial procedures and pretrial matters.

Witness exclusionary rule invoked.

Court and counsel heard re Plaintiff's Motion in Limine Rule 404(b)(Dkt 70), Defendant's Motion in Limine to Exclude Evidence that Violates Rules 401, 402, and 403 (Dkt 71) and Defendant's Motion for Protective Order to Prevent Opinion of Lay Witnesses as to Freshness of Crack Cocaine (Dkt 72); Parties to submit responses by **Friday, October 6, 2006**.

At 10:27 a.m. court adjourned.

DATE:   OCTOBER 4, 2006         DEPUTY CLERK'S INITIALS: SCD/AMK