**Statement of Qualifications:**    L. Turner Pippin
Page 5

**Other Qualifications:** List below any scientific publication and/or presentation you have authored or co-authored, research in which you are or have been involved, academic or other teaching positions you have held, and any other information which you consider relevant to your qualification as a forensic scientist.

INSTRUCTOR CERTIFICATION:

    Alaska Police Standards Council Certified Police Instructor:
        Police photography
        Crime scene processing
        Evidence collection, preservation, and transmittal
        Fingerprinting
        Casting of mud and snow tracks and tool marks
        Intoximeter 3000 operation and repair

    Alaska Police Standards Council Police Officer Ratings:
        1976 - Basic
        1978 - Intermediate and Advanced

INTERNATIONAL ASSOCIATION FOR IDENTIFICATION CERTIFICATION:

    1993 - Senior Crime Scene Analyst
    1996 - Renewed certification, Senior Crime Scene Analyst

INVENTIONS:

    U.S. Patent Number 5289218, **Rotorgraph** - Capable of photographing fingerprints on curved surfaces.

SCIENTIFIC PRESENTATIONS:

    **The Rotorgraph, A New Instrument to Facilitate Photographing Latent Prints on Small Cylindrical Objects**, T. Pippin, International Symposium on Forensic Aspects of Latent Prints, FBI Training Academy, Quantico, Virginia, 1993.

SCIENTIFIC PUBLICATIONS:

    **The Rotorgraph**, Forensic Science 13th Australian and New Zealand International Symposium, Sydney, Australia, September 1996, Article C3-51, Pp 15.51.

    **The Rotorgraph**, 14th Meeting of the International Association for forensic Sciences, Tokyo, Japan, August 1996, Article OS42-1.

    **The Rotorgraph**, International Association for Identification's *Journal of Forensic Identification*, Vol. 45, No. 6, Nov/Dec 1995, Pp 612-617.

    **The Rotorgraph**, Collected papers from the International Forensic Science Symposium, November 27 to December 3, 1994.

Attachment A

**Statement of Qualifications:** L. Turner Pippin
Page 4

**Professional Affiliations:** List any professional organizations of which you are or have been a member. Indicate any offices or other positions held and the date(s) of these activities.

    None

**Employment History:** List all scientific or technical positions held, particularly those related to forensic sciences. List current position first. Give a brief summary of principal duties and tenure in each position.

(1)     Job Title:     Latent Fingerprint Examiner III
       Employer:     Alaska Department of Public Safety Scientific Crime Detection Laboratory
                            Anchorage, Alaska
Principal Duties:     Latent fingerprints, crime scene investigations, electronic repair, and photography. Provide instruction in these areas. Provide court testimony on results of analyses.
       Tenure:     04/91 - present

(2)     Job Title:     Senior Patrolman
       Employer:     Anchorage Police Department
                            Anchorage, Alaska
Principal Duties:     Patrol, electronic repair and installation, photography, crime scene searches, court expert witness, and instructor in all above topics.
       Tenure:     1971 - 1991

(3)     Job Title:     Electronic Technician
       Employer:     Radio Corporation of America, NASA Satellite Tracking & Data Acquisition Station
                            Gilmore Creek, Fox, Alaska
Principal Duties:     Installation, maintenance, and operation of all electronic equipment at the station.
       Tenure:     1964 - 1971

(4)     Job Title:     Installer
       Employer:     The Overhead Door Company
                            Fairbanks, Alaska
Principal Duties:     Door installation and radio control repair.
       Tenure:     1957 - 1961