NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00024-JWS |
| | ) | |
| Plaintiff, | ) | **ADDENDUM TO** |
| | ) | **GOVERNMENT'S MOTION** |
| vs. | ) | **IN LIMINE** |
| | ) | |
| TEFFIN GOSS II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Government, based upon additional consultation with involved law

enforcement officers, requests that the court consider the following additional

information related to the Government's motion in limine for admission of

Federal Rule of Evidence 404(b) evidence on the Defendant's previous drug

conviction.

The Government can provide evidence, through Special Agent Foran, that in the previous case, the Defendant's vehicle contained a container of "OdorCide," a substance described by its manufacturer as an odor eliminator. Moreover, in additional to the 7 air fresheners found in the Defendant's vehicle in the instant case, there was also a can of "Febreze," which is also described by its manufacturer as an odor eliminator. These products can help drug traffickers hide the smell of drugs within a vehicle.   See <u>U.S. v. Quintero-Barraza</u>, 78 F.3d 1344, 1347 (9th Cir. 1995); <u>U.S. v. Foley</u>, 206 F.3d 802, 804-806 (8th Cir. 2000).

This information, when combined with the factors described in Government's original motion,  applies directly to the similarity prong of the Ninth Circuit Court of Appeals 4-part test for admission of Rule 404(b) evidence. This information also applies directly to the Government's argument that the

//

//

//

//

Defendant used the same modus operandi in both cases.

RESPECTFULLY SUBMITTED this _6th__ day of October, 2006, at

Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
Assistant U.S. Attorney
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone:  (907) 456-0245
Fax: (907) 456-0577
E-mail:Bryan.Schroder@usdoj.gov
WA# 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006,
a copy of the foregoing **ADDENDUM TO
GOVERNMENT'S MOTION IN LIMINE**,
was served, via electronic filing, on:

M.J. Haden

s/Bryan Schroder_____