```
               MINUTES OF THE UNITED STATES DISTRICT COURT
                           DISTRICT OF ALASKA
```

U.S.A. vs.   TEFFIN C. GOSS           CASE NO. 4:06-cr-00024-JWS

Defendant: X Present X In Custody   __On Summons   __On Bond

BEFORE THE HONORABLE: JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:  CAROLYN BOLLMAN

UNITED STATES' ATTORNEY:  BRYAN SCHRODER

DEFENDANT'S ATTORNEY:    M.J. HADEN

PROCEEDINGS:   TRIAL BY JURY (Day 1) Held: 10/12/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:35 a.m. court convened.

Court and counsel heard re jury procedure.

At 8:38 a.m. recessed until 9:05 a.m. with the 55 prospective jurors present.

Introduction of counsel and parties.

Oath as to qualifications given to prospective jury panel.

General voir dire conducted.

Eight jurors excused for cause.

At 10:21 a.m. the jurors left the courtroom.

Court and counsel heard re admission of plaintiff's video exhibit. Court Ruled that the video of first rental car is not relevant and inadmissable.

At 10:30 recessed until 10:46 a.m. with 47 jurors present.

Court directed clerk to call 28 names; 28 names called.

Individual voir dire conducted.

Court and counsel heard re peremptory challenges.

Peremptory challenges taken; jury panel of 12 selected.

Continued on Page 2

Continuation - Page 2
USA v Teffin C. Goss
Trial by Jury - Day 1
October 12, 2006

Court directed clerk to call three names; three names called.

Individual voir dire conducted; Peremptory challenges taken; One alternate juror selected.

At 12:27 p.m. remaining jurors excused
At 12:28 p.m. Oath as to trial jurors administered; and the jury panel of 12 jurors and 1 alternate exited the courtroom to reconvene at 1:45 p.m.

Court and counsel heard re Batesman.  Court ruled that challenge was correct regarding juror.

At 12:30 p.m. Court recessed until 1:50 p.m.

At 1:53 p.m. the jury re-entered the courtroom.

Court addressed the jury

Opening Arguments heard.

Officer Alan Keeler sworn and testified on behalf of the government. Exhibits 1,2,3,4,5,6,7,9 and 12 **IDENTIFIED and ADMITTED**. Exhibits 8,11, and 13 **IDENTIFIED**.

At 3:45 Court recessed until 4:01 p.m. with the jury present.

Trooper Aaron Mobley sworn and testified on behalf of the government.  Exhibit 14 **IDENTIFIED**.

Jennifer Silva sworn and testified on behalf of the government.

At 4:46 p.m. court recessed this matter to reconvene Friday, October 13, 2006 at 8:30 a.m.

DATE:        10/16/2006            DEPUTY CLERK'S INITIALS:        cpb