MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __TEFFIN C. GOSS__     CASE NO. 4:06-cr-00024-JWS

Defendant: X Present  X In Custody  __On Summons  __On Bond

BEFORE THE HONORABLE: JOHN W. SEDWICK

DEPUTY CLERK/RECORDER: CAROLYN BOLLMAN

UNITED STATES' ATTORNEY: BRYAN SCHRODER

DEFENDANT'S ATTORNEY: M.J. HADEN

PROCEEDINGS:  TRIAL BY JURY (Day 2) Held: 10/13/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 8:34 a.m. court convened.

At 8:40 a.m the jury panel enters the courtroom.

Stephen Palmer sworn and testified on behalf of the government.

L Turner Pippin sworn and testified on behalf of the government.

Velma Bustos sworn and testified on behalf of the government.
Exhibit 13 **ADMITTED.**

Bruce Barnett sworn and testified on behalf of the government.
Exhibit 15 **IDENTIFIED** and **ADMITTED.**

Mike Foran sworn and testified on behalf of the government.

Mary Samuel sworn and testified on behalf of the government.
Exhibit 11 **ADMITTED.** Exhibit 16 **ADMITTED.**

At 10:29 a.m. the jury exited the courtroom to reconvene Monday, October 16, 2006 at 8:30 a.m.

Court and counsel heard re jury instructions.

At 11:04 a.m. court recessed this matter to reconvene Monday, October 16, 2006 at 8:30 a.m.


DATE:      10/17/2006          DEPUTY CLERK'S INITIALS:     cpb