MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. ___TEFFIN C. GOSS_____    CASE NO.4:06-cr-00024-JWS

Defendant: X Present X In Custody ___On Summons ___On Bond

BEFORE THE HONORABLE: JOHN W. SEDWICK_____

DEPUTY CLERK/RECORDER: CAROLYN BOLLMAN_____

UNITED STATES' ATTORNEY: BRYAN SCHRODER_____

DEFENDANT'S ATTORNEY:____M.J. HADEN_____

PROCEEDINGS:   TRIAL BY JURY (Day 3) Held: 10/16/2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:34 a.m. court convened.

At 8:34 a.m the jury panel enters the courtroom.

Raymond Grinsvo sworn and testified on behalf of the defense.

At 8:59 Court heard closing arguments

Court and counsel heard re jury instructions.

At 10:04 a.m. Court excused alternate juror and jury left the
courtroom to begin deliberations.

Court and counsel heard re audio and CD exhibits.

At 10:08 a.m. court recessed this matter until 4:16 p.m. with the
jury panel present.

Verdict published: Guilty of possession of 5 grams or more of
cocaine base with intent to distribute in violation of 21 USC §
841(a)(1) and 841(b)(1)(B).

Jury polled: Unanimous

At 4:19 p.m. court thanked and excused the jury.

Imposition of Sentence set for January 4, 2007 at 8:30 a.m.

At 4:21 p.m. court adjourned.
Off Record: Trial Exhibits returned to counsel.

DATE: _____10/17/2006_____  DEPUTY CLERK'S INITIALS:_____cpb___