(Rev 10/06)                                         **LIST OF EXHIBITS**

---

Case No.  4:06-cr-00024-JWS                          Judge:  **JOHN W. SEDWICK**

USA
   vs.
TEFFIN C. GOSS

Dates of Hearing/Trial:  October 12, 2006 -

Deputy Clerk/Recorder: Carolyn Bollman

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | M. J. Haden |
| U.S. Attorney, 101 12th Avenue - Room 310 | 601 West 5th Avenue - Suite 800 |
| Fairbanks, Alaska 99701 | Anchorage, Alaska 99501 |

---------------------------------EXHIBITS---------------------------------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | X | video of off Keeler's car | | | | |
| *2 | X | X | folder of photos airways doors air freshener | | | | |
| *3 | X | X | from folder: photo of pass. door air fresh. | | | | |
| *4 | X | X | from folder photo of air fresheners rearview mirror | | | | |
| *5 | X | X | from folder - Radar detector | | | | |
| *6 | X | X | photo of fabreze can. | | | | |
| 7 | X | X | audio tape | | | | |
| *8 | X | X 10/13 | back pack camera bag | | | | |
| *9 | X | X | manila env & air fresheners | | | | |
| 10 | X | no | envelope | | | | |
| *11 | X | X 10/13 | rental agreement | | | | |

(Rev 10/06)      LIST OF EXHIBITS      page 2

Case No. 4:06-cr-00024-JWS          Judge: **JOHN W. SEDWICK**

**USA**
    vs.
**TEFFIN C. GOSS**

Dates of Hearing/Trial: October 12, 2006 -

Deputy Clerk/Recorder: Carolyn Bollman

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Bryan Schroder | M. J. Haden |
| U.S. Attorney, 101 12th Avenue - Room 310 | 601 West 5th Avenue - Suite 800 |
| Fairbanks, Alaska 99701 | Anchorage, Alaska 99501 |

------EXHIBITS------

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| *12 | X | X | traffic citation | | | | |
| *13 | X | X 10/13 | payroll receipt | | | | |
| 14 | X | X | video clip | | | | |
| *15 | X | X | redacted judgment | | | | |
| *16 | X | X | judgment | | | | |