ORIGINAL

1              UNITED STATES DISTRICT COURT

2               FOR THE DISTRICT OF ALASKA

3   UNITED STATES OF AMERICA,    )    Case 4:06-cr-0024-RRB-TWH
                                 )
4                    Plaintiff,  )
                                 )
5        vs.                     )
                                 )
6   TEFFIN C. GOSS II,           )
                                 )
7                    Defendant.  )
    _____)

8

9

10      **LAW ENFORCEMENT TRAFFIC STOP OF TEFFIN GOSS II**

11          BY OFFICER KEELER, SERGEANT BARTH
                  AND TROOPER MOBLEY

12

13                Fairbanks, Alaska

14       (No date indicated) - Pages 2 through 24

15

16

17

18

19

20  Transcription Service:    GAYLENE'S WORD SERVICES
                              M. Gaylene Larrecou
21                            7330 Madelynne Dr.
                              Anchorage, Alaska  99504-4659
22                            (907) 338-3936

23

24

25

1                **TRAFFIC STOP OF TEFFIN GOSS II**

2      OFFICER KEELER:  Okay, license.  And then once you hand me

3  your license and get everything, why don't you go ahead and

4  pull on over to the Pizza Hut parking lot?

5      MR. GOSS:  Oh, okay.  (Indiscernible) on the phone and

6  (indiscernible).

7      OFFICER KEELER:  Well, that's a problem with people on the

8  phone.  You're not paying attention to what you're doing

9  (indiscernible).

10      MR. GOSS:  Well, it was either stop real hard or go

11  (indiscernible) kind of in the middle so I (indiscernible).

12      OFFICER KEELER:  All right.  Go ahead and --

13      MR. GOSS:  Pull over right here.

14      OFFICER KEELER:  -- and pull into the parking lot there at

15  Pizza Hut.

16      RADIO DISPATCH:  Go ahead.

17      OFFICER KEELER:  (Indiscernible) at Pizza Hut.  Well,

18  correction, (indiscernible) and Jenny Lane.

19      RADIO DISPATCH:  10-4, Jenny Lane.

20      OFFICER KEELER:  Also 2729, (indiscernible) Alaska

21  6983384.

22      RADIO DISPATCH:  (Indiscernible).

23      (Pause)

24      RADIO DISPATCH:  (Indiscernible), University.

25      OFFICER KEELER:  Go ahead.

1    RADIO DISPATCH:  Vehicle is a 2004 Toyota Camry, four-

2    door, gray, 10-97 (indiscernible) Anchorage and Fairbanks,

3    Alaska Rental Car.  Teffin (indiscernible) Goss II, born in

4    '81, it's a '97 valid, no restrictions.

5    OFFICER KEELER:  10-4.  Go ahead and look to see if

6    there's any 3500 involvement (indiscernible).

7    RADIO DISPATCH:  Affirmative.

8    OFFICER KEELER:  10-4.  Have 2-1 or 2-7 (indiscernible)

9    down here and we'll see if we can do a consent search.

10   RADIO DISPATCH:  (Indiscernible), break 2-1, this is

11   (indiscernible).  (Indiscernible) 10-34 at Giest and Jenny

12   Lane, 10-5 with 2-0 at traffic stop, driver's 3500 history.

13   OFFICER KEELER:  Is his last name Goss?

14   RADIO DISPATCH:  Affirmative.

15   (Pause)

16   OFFICER KEELER:  University 2-0, 10-9 the license plate.

17   RADIO DISPATCH:  (Indiscernible) Echo November X-ray 567.

18   OFFICER KEELER:  (Indiscernible) plates?

19   RADIO DISPATCH:  5 of '06.

20   OFFICER KEELER:  The year?

21   RADIO DISPATCH:  2004.

22   OFFICER KEELER:  Confirming, Toyota.

23   RADIO DISPATCH:  Affirmative, model is Camry, style four-

24   door, color is gray.

25   (Pause - radio traffic; foreground noises)

1    OFFICER KEELER:  Okay.  Teffin, can you come on over here,
2  please?  Okay.  Teffin, now, first, do you have anything on you
3  right now?

4    MR. GOSS:  No, I don't (indiscernible).

5    OFFICER KEELER:  Can I just check real quick?  What's all
6  in this pocket right here?

7    MR. GOSS:  (Indiscernible).

8    OFFICER KEELER:  Put that up on the --

9    MR. GOSS:  Lighter and keys.

10    OFFICER KEELER:  Okay.  Put them back in your pocket then.
11  What is your home phone?

12    MR. GOSS:  347 -- 374-0546.

13    OFFICER KEELER:  And your employer?

14    MR. GOSS:  Toyota, (indiscernible) auto service
15  (indiscernible).

16    OFFICER KEELER:  Okay.  And your work phone number?

17    MR. GOSS:  I don't know it by heart (indiscernible).

18    OFFICER KEELER:  All right.  Are you renting your car from
19  them?

20    MR. GOSS:  No, this is a Dollar rental car.

21    OFFICER KEELER:  This is Dollar?  All right.  You don't
22  have any illegal firearms or anything like that in that car?

23    MR. GOSS:  Unh-unh (negative).

24    OFFICER KEELER:  Do you have any problem with me looking
25  at the vehicle?

1    MR. GOSS:  It's not my rental car, but no.

2    OFFICER KEELER:  It's -- you don't have a problem with me

3  checking the vehicle?

4    MR. GOSS:  I can't -- I can't say that I can.

5    OFFICER KEELER:  What's that?

6    MR. GOSS:  I said I can't say that I can.  I've been in

7  this situation before, and the same reason why I went to jail

8  before because somebody else told me that.

9    OFFICER KEELER:  Told you what?

10    MR. GOSS:  That -- well, he asked me -- they -- I found

11  out later that I didn't have to because it wasn't my vehicle.

12    OFFICER KEELER:  Uh-huh (affirmative).

13    MR. GOSS:  That I didn't have to (indiscernible) --

14    OFFICER KEELER:  Who's it rented to?

15    MR. GOSS:  Jenna Silva (ph).

16    OFFICER KEELER:  Who?

17    MR. GOSS:  Jennifer Silva.

18    OFFICER KEELER:  Would there be any reason why a police

19  canine would say there's something -- contraband of one --

20    MR. GOSS:  No, no.

21    OFFICER KEELER:  -- sort or another in the vehicle?

22    MR. GOSS:  No.

23    OFFICER KEELER:  Nope?

24    MR. GOSS:  Not at all.

25    OFFICER KEELER:  All right.  So if one's en route right

1  now, they wouldn't have any --

2       MR. GOSS:  No.  If that's --

3       OFFICER KEELER:   -- any problem?

4       MR. GOSS:  If that's what it takes for me to go home,

5  whatever it takes, I'll just let (indiscernible) home.

6       OFFICER KEELER:  Well, you can -- you can go home if you

7  let me look in your vehicle real fast.

8       MR. GOSS:  That's not my vehicle, you see what I'm saying?

9  I -- I had that problem before, and I know my rights now.  I'm

10  not going to endanger myself or do anything stupid.  Like I

11  said, if it's a canine unit, if that's what it takes, I -- I

12  don't have nothing to do with that (indiscernible).

13       (Indiscernible comments)

14       OFFICER KEELER:  (Indiscernible) see if we can get

15  1(indiscernible) 38 or some other canine unit that can come

16  down and do a sniff on the car.

17       Okay.  Why do you have Jennifer's car?

18       MR. GOSS:  I just come to pick up my dogs.  She watching

19  my dogs.  I was going right (indiscernible) her house.

20       OFFICER KEELER:  10-4.  Do you have an ETA?

21       MR. GOSS:  (Indiscernible) and I just came from picking

22  them up.

23       OFFICER KEELER:  What did she say?

24       UNIDENTIFIED OFFICER:  Negative.

25       OFFICER KEELER:  All right.  Well, we have a police canine

1   on the way over here, okay?

2       MR. GOSS:  That's fine.

3       OFFICER KEELER:  So (indiscernible) and do you have a

4   history of drugs, is that what you told me?

5       MR. GOSS:  No, I don't.  I don't.

6       OFFICER KEELER:  You -- what -- you said you were arrested

7   once before because of it, right?

8       MR. GOSS:  No.  I did not say I was arrested for that.  I

9   did not say that.

10      OFFICER KEELER:  Okay.  What is it that you told me then?

11  Your dog's trying to get out.

12      MR. GOSS:  (Indiscernible).

13      SERGEANT BARTH:  You're going to want to roll the window

14  up anyway.

15      MR. GOSS:  No problem.  (Indiscernible).

16      OFFICER KEELER:  Because you said you were in a situation

17  before --

18      MR. GOSS:  (Indiscernible) my dogs in there?

19      SERGEANT BARTH:  Yeah, I won't (indiscernible).

20      OFFICER KEELER:  You told me you were in a situation

21  before --

22      MR. GOSS:  Right, I didn't say I was arrested.

23      OFFICER KEELER:  -- that got you in trouble.  Okay.

24      MR. GOSS:  I never said I was arrested, officer.

25      OFFICER KEELER:  All right.  I -- I just assumed that.

1    MR. GOSS:  No, I didn't.

2    OFFICER KEELER:  All right.  So how did it get you in

3   trouble then?

4    MR. GOSS:  Because I was in the wrong place at the wrong

5   time.  That's why.  And I didn't know that -- I never been in

6   that situation before, so...

7    OFFICER KEELER:  So obviously there was some kind of

8   contraband in the car that you were in.

9    MR. GOSS:  No, actually, there was a firearm.

10    OFFICER KEELER:  Oh, there was a firearm.

11    MR. GOSS:  It was a firearm, but I didn't have nothing to

12   do with that, and I still got in trouble.  And I didn't know

13   the consequences of what was I to do.  I didn't know, so not

14   knowing, I guess, (indiscernible) talked to the judge

15   (indiscernible) said, well, you're not in trouble because you

16   didn't have possession, but the fact that you were in a car

17   with somebody else.  I didn't have no priors, no previous, so I

18   didn't know that I can get in trouble (indiscernible) --

19    OFFICER KEELER:  Uh-huh (affirmative).

20    MR. GOSS:  -- so that's why I didn't say I was arrested or

21   nothing like that.

22    OFFICER KEELER:  All right.  Well, I tell you what's going

23   to go on.  When the -- when the canine comes here, and if the

24   canine alerts on this vehicle, if it alerts, if it says

25   there's -- there's probably drugs in this vehicle, what --

1   I'll -- I'll impound the vehicle.

2        MR. GOSS:  Right.

3        OFFICER KEELER:  All right.  And I'll apply for a search

4   warrant, and so --

5        MR. GOSS:  That's all fine and dandy.  Like I said,

6   whatever it takes.  It's just a little cold.

7        OFFICER KEELER:  So Jennifer Silva (ph) --

8        MR. GOSS:  Yeah.

9        OFFICER KEELER:  -- you said, she rented the car.

10       MR. GOSS:  Yeah, this is her rental car.

11       OFFICER KEELER:  All right.  Does she not normally have a

12   car or --

13       MR. GOSS:  Yeah, she does.  She has a -- actually, a brand

14   new Chrysler 300.

15       OFFICER KEELER:  Uh-huh (affirmative).

16       MR. GOSS:  A good car, but I guess the past month and a

17   half, she had some problems at the club or whatever.  Somebody

18   scratched her car --

19       OFFICER KEELER:  It's being repaired?

20       MR. GOSS:  Yeah, so --

21       SERGEANT BARTH:  (Indiscernible) Jennifer Silva?

22       OFFICER KEELER:  Yeah.

23       SERGEANT BARTH:  Did you run her?

24       OFFICER KEELER:  Not yet.

25       Because I tell you, I find suspicious there's rental cars

1  with radar detectors, and I see you guys with great big

2  expensive-looking watches, you know?  I don't know if that's an

3  expensive watch or not.  It looks like an expensive watch to

4  me, you know?  Rental cars and -- and people who have Fairbanks

5  addresses, to me it all looks suspicious.

6      MR. GOSS:  What -- what -- what kind of suspicion would

7  that bring?  That's what I'm asking, what kind of --

8      OFFICER KEELER:  What kind of suspicion, (simultaneous

9  speech) --

10      MR. GOSS:  I'm curious (simultaneous speech).

11      OFFICER KEELER:  A lot of people who run drugs have them,

12  so --

13      MR. GOSS:  So because I have a nice watch, that's what

14  you're trying to tell me?

15      OFFICER KEELER:  No, no, no.  It's because you have a

16  Fairbanks address.

17      MR. GOSS:  I live in Fairbanks.

18      OFFICER KEELER:  You have a Fairbanks rental car.

19      MR. GOSS:  I live in Fairbanks.

20      OFFICER KEELER:  Right.

21      MR. GOSS:  So what --

22      OFFICER KEELER:  Right.

23      MR. GOSS:  I'm supposed to have a Fairbanks address if I

24  live here.

25      OFFICER KEELER:  Uh-huh (affirmative).  But you have a

1  rental car here.  It's just suspicious, and you (simultaneous
2  speech) --
3      MR. GOSS:  I'm not trying to argue with you (simultaneous
4  speech) like I never even (indiscernible) --
5      OFFICER KEELER:  Usually, people who use rental cars,
6  they're from out of state.
7      MR. GOSS:  I understand (simultaneous speech) --
8      OFFICER KEELER:  You know, they're (simultaneous speech),
9  you know, doing the tourist thing.
10     MR. GOSS:  I never --
11     OFFICER KEELER:  You know, you got a couple dogs in the
12 car, you look like you live here.  Look like you're just
13 kicking, and you got your dogs in there and the radar detector
14 and --
15     MR. GOSS:  I just (simultaneous speech) --
16     OFFICER KEELER:  -- you know, that's just --
17     MR. GOSS:  You know what's funny about that?
18     OFFICER KEELER:  Who rents a car --
19     MR. GOSS:  You know what's funny about that?
20     OFFICER KEELER:  What?
21     MR. GOSS:  Is you won't even let me (indiscernible), but
22 what's funny about it is Jennifer is a real good friend of
23 mine.
24     OFFICER KEELER:  Yeah.
25     MR. GOSS:  And I have been here living -- a resident for

1    seven years now, and what's really funny about it is

2    (indiscernible) is that I can't do that.  I can't kick back and

3    actually leave somebody's house who has a rental car, who was

4    watching my dogs.

5        OFFICER KEELER:  Where does she live here (indiscernible)?

6        MR. GOSS:  Yeah, she's living in town, so -- but she has

7    two dogs, too, a Rottweiler and a Pit Bull, and so that's what

8    (simultaneous speech) --

9        OFFICER KEELER:  Those are -- those are her dogs?

10       MR. GOSS:  No, those -- these are my dogs.

11       OFFICER KEELER:  (Indiscernible), they're Rottweiler and

12   Pit Bull --

13       MR. GOSS:  (Indiscernible), yeah.

14       OFFICER KEELER:  -- are hers?

15       MR. GOSS:  Yeah, she's been training with my dogs, so --

16       OFFICER KEELER:  Yeah.  What kind of dogs are those?

17       MR. GOSS:  A Pit Bull and (indiscernible) Lab.

18       OFFICER KEELER:  So they'll go get a bad guy or some guy

19   you don't like and bring him back to you.

20       MR. GOSS:  Oh, no, no.

21       SERGEANT BARTH:  Where's the --

22       MR. GOSS:  If I wanted one of those, I'd have got a full

23   Pit Bull.

24       OFFICER KEELER:  (Indiscernible) Jennifer Silva

25   (indiscernible).

1    SERGEANT BARTH:  Where did you say her car was?

2    MR. GOSS:  Oh, she (indiscernible).  I mean,

3  (indiscernible) at a detail shop, one of the auto details here.

4    SERGEANT BARTH:  (Indiscernible) detailed?

5    MR. GOSS:  Yeah.

6    OFFICER KEELER:  It got keyed.

7    MR. GOSS:  It got scratched up --

8    SERGEANT BARTH:  Oh, okay.

9    MR. GOSS:  -- and somebody had vandalized it while out at

10  a club parking lot.

11    SERGEANT BARTH:  Okay.

12    OFFICER KEELER:  Think it was someone who knows her?

13    MR. GOSS:  I don't even -- I wouldn't even -- can't tell

14  (indiscernible) somebody unless they put their name in it or

15  something like that.

16    OFFICER KEELER:  Well, sometimes people just do that,

17  people don't like them and they do things.

18    MR. GOSS:  No, she wasn't even -- Jennifer's the nicest

19  person in the world.

20    OFFICER KEELER:  Where does she work?

21    MR. GOSS:  She works at the hospital (indiscernible).

22    SERGEANT BARTH:  (Indiscernible).

23    OFFICER KEELER:  Okay.  Here's a canine unit here.  He'll

24  explain to you what's going on, on how it works, all right?

25    MR. GOSS:  Thank you.

14

| | |
|---|---|
| 1 | OFFICER KEELER:  What we'll do is we'll just stand back. |
| 2 | MR. GOSS:  Do you want me to (indiscernible) pop the trunk |
| 3 | and the hood and all that?  Would that make it easier? |
| 4 | OFFICER KEELER:  I'll let him explain to you. |
| 5 | MR. GOSS:  Okay. |
| 6 | OFFICER KEELER:  You know, I'm not a canine handler, so -- |
| 7 | MR. GOSS:  I just don't want to open the door because I |
| 8 | don't have no (simultaneous speech) -- |
| 9 | OFFICER KEELER:  No, oh, no.  I don't -- I don't even |
| 10 | think that you'll probably have to pop your trunk |
| 11 | (indiscernible), so I don't know (indiscernible). |
| 12 | MR. GOSS:  It got pretty cold tonight. |
| 13 | OFFICER KEELER:  It is getting cold, but tomorrow it's |
| 14 | supposed to warm up again. |
| 15 | How you doing, Trooper Mobley? |
| 16 | TROOPER MOBLEY:  Good. |
| 17 | OFFICER KEELER:  All right. |
| 18 | TROOPER MOBLEY:  What we got here? |
| 19 | OFFICER KEELER:  We have -- he has a history of 3500. |
| 20 | TROOPER MOBLEY:  Uh-huh (affirmative). |
| 21 | OFFICER KEELER:  This is a rental car. |
| 22 | TROOPER MOBLEY:  All right. |
| 23 | OFFICER KEELER:  (Indiscernible) you have a chance? |
| 24 | TROOPER MOBLEY:  Yeah, yeah.  What's his name?  What's |
| 25 | your first name? |

1      MR. GOSS:  I'm Teffin.

2      TROOPER MOBLEY:  What is it?

3      MR. GOSS:  Teffin.

4      TROOPER MOBLEY:  Teffin, why don't you come over here with

5  us, Teffin (indiscernible - away from microphone)?

6      RADIO DISPATCH:  Negative (indiscernible) on Jennifer

7  Silva.

8      SERGEANT BARTH:  10-4.

9      OFFICER KEELER:  She said 3500 on him.

10     SERGEANT BARTH:  I heard something.

11     OFFICER KEELER:  Yeah.

12     SERGEANT BARTH:  Yeah, because I heard you ask.

13     OFFICER KEELER:  Is this suspicious (indiscernible)?

14     (Indiscernible comments)

15     OFFICER KEELER:  (Indiscernible) got a radar detector in a

16  rent-a-car (indiscernible).

17     SERGEANT BARTH:  Exactly, exactly (indiscernible).

18     OFFICER KEELER:  He flew through red light, and he told

19  me, no, man, I was on the phone, you know, (indiscernible).

20     (Indiscernible comments; background conversations)

21     OFFICER KEELER:  Do you have leashes for your dogs?

22     MR. GOSS:  No, I don't.

23     TROOPER MOBLEY:  Can you pick them up?

24     MR. GOSS:  Yeah, (indiscernible).

25     TROOPER MOBLEY:  Can you put them in one of the --

1      OFFICER KEELER:  Yeah, we'll put them back over here.  How

2  old are they?

3      MR. GOSS:  Six months now.

4      OFFICER KEELER:  Yeah, they look pretty young.

5      (Background noises)

6      OFFICER KEELER:  Hopefully we make this fast and painless

7  and we get you on your way.

8      MR. GOSS:  Thank you.

9      (Pause)

10      MR. GOSS:  Oh, he never --

11      OFFICER KEELER:  Okay.

12      MR. GOSS:  He never explained to me how this usually goes.

13      OFFICER KEELER:  The dog walks around the car.  He's

14  trained to -- well, I don't know what the dog's reaction is, a

15  certain reaction that the dog will do if he smells any

16  marijuana coming from the car.  Have you had in drugs in there?

17      MR. GOSS:  No, no.

18      OFFICER KEELER:  Does Jennifer --

19      MR. GOSS:  No.

20      OFFICER KEELER:  -- do any drugs?

21      MR. GOSS:  No.  She works at the hospital, officer.

22      OFFICER KEELER:  All right.

23      MR. GOSS:  That's why --

24      OFFICER KEELER:  All right.

25      MR. GOSS:  -- ever since that last -- when I got in

*Gaylene's Word Services*
*(907) 338-3936*

1  trouble -- well, I didn't get in trouble, but he just -- he

2  just told me that I had to serve 10 days with some days

3  suspended.  That's why he said he gave me a light sentence

4  because, you know --

5      OFFICER KEELER:  Yeah.

6      MR. GOSS:  -- he was being reasonable, like, you know,

7  there's no possible way that you could've known that

8  (simultaneous speech) --

9      OFFICER KEELER:  I'm surprised they didn't just toss it

10  completely there --

11      MR. GOSS:  Yeah, that -- I mean, he was going to do that,

12  that's what he was going to do.  He -- he wanted to do that.

13  But he -- that's what he said, he's like just by -- just by

14  law, I have to give you these many days with these suspended.

15  So (indiscernible).

16      (Pause - background noises)

17      MR. GOSS:  That's a good-looking dog.

18      OFFICER KEELER:  It's a Belgian Malinois.

19      (Dog barking)

20      MR. GOSS:  A Belgian what?

21      OFFICER KEELER:  Belgian Malinois.

22      MR. GOSS:  That's what I was thinking, like only reason

23  why I thought he might bark because of my dogs, maybe.  You

24  know, they shed hair and stuff.

25      (Dog barking; pause)

1  TROOPER MOBLEY:  Okay, (indiscernible) down.

2  OFFICER KEELER:  Come on, hands down.  Put your hands

3 down.

4  MR. GOSS:  (Indiscernible)?

5  OFFICER KEELER:  Put your arms out.

6  MR. GOSS:  I didn't do nothing wrong, officer.  I'm going

7 to put my arms down.

8  OFFICER KEELER:  All right.

9  MR. GOSS:  (Indiscernible).

10  OFFICER KEELER:  Keep your arms right there.

11  MR. GOSS:  (Indiscernible) --

12  OFFICER KEELER:  Barth, can you please unbutton his shirt?

13  MR. GOSS:  May I please put my arms (indiscernible)?

14  OFFICER KEELER:  You'll get your arms (indiscernible).

15  MR. GOSS:  Okay.  I didn't do nothing wrong, officer.  I

16 didn't do nothing wrong.

17  OFFICER KEELER:  Arm out, behind your back.

18  MR. GOSS:  What is that?

19  OFFICER KEELER:  You tell me.

20  SERGEANT BARTH:  (Indiscernible).

21  TROOPER MOBLEY:  Don't know what it is yet.

22  MR. GOSS:  Yeah, I'm -- hey, I'm not worried.  I didn't do

23 nothing wrong.  I just don't want to get hurt because I didn't

24 do nothing.

25  OFFICER KEELER:  All right.  Spread your feet again.  Kick

1 your shoe off.

2      TROOPER MOBLEY:  Going to go ahead and stop right there
3 (indiscernible).

4      UNIDENTIFIED SPEAKER:  Okay.

5      OFFICER KEELER:  All right.  Put your foot back in there.

6      UNIDENTIFIED OFFICER:  (Indiscernible), put your foot back
7 in there.

8      OFFICER KEELER:  All right.  Can I put him in yours?

9      UNIDENTIFIED OFFICER:  Yeah.

10      OFFICER KEELER:  Because right now we have his dogs in
11 back of mine.

12      UNIDENTIFIED OFFICER:  Yeah.

13      TROOPER MOBLEY:  (Indiscernible) indicates, we've got a
14 white, powdery substance in a plastic baggie.  It looks like
15 about eight ounces of crack cocaine but I'm not sure
16 (indiscernible).  I don't know what is, kind of an oily
17 (indiscernible) based looking stuff.

18      OFFICER KEELER:  Yeah.

19      TROOPER MOBLEY:  You know?  So I'll let you go from here.
20 I'm going (indiscernible).

21      OFFICER KEELER:  Okay.

22      TROOPER MOBLEY:  I don't know what else.  That's -- the
23 dog hit right there on the --

24      OFFICER KEELER:  Well --

25      TROOPER MOBLEY:  -- glove box.

1    OFFICER KEELER:  Nothing around the trunk or anything like

2 that?

3    TROOPER MOBLEY:  I didn't get that far.  He hit right

4 here, so

5    OFFICER KEELER:  All right.

6    TROOPER MOBLEY:  Right -- he hit right at the door seam,

7 and (simultaneous speech) --

8    OFFICER KEELER:  Well, I think it's -- I think probably

9 the only thing I can do is impound it at this point.

10    TROOPER MOBLEY:  Yeah.

11    OFFICER KEELER:  He's already in custody, so --

12    TROOPER MOBLEY:  (Indiscernible).

13    OFFICER KEELER:  Huh?

14    TROOPER MOBLEY:  I mean, he gave us permission to go in

15 the car and everything, gave me permission to put the dog

16 (indiscernible).

17    OFFICER KEELER:  Oh, he gave you permission to go in the

18 car?

19    TROOPER MOBLEY:  Yeah, yeah.

20    OFFICER KEELER:  Oh, okay.  So does that still apply to

21 the trunk and stuff like that?

22    TROOPER MOBLEY:  Once -- once we find it, you need to stop

23 and get a warrant from there.

24    OFFICER KEELER:  Yeah, all right.

25    SERGEANT BARTH:  What do you think it is?

1     TROOPER MOBLEY:  It's kind of an oily based --

2     SERGEANT BARTH:  I was going to say it looks like it's

3  wet.

4     TROOPER MOBLEY:  I don't know if it's just fresh crack

5  cocaine.  That's what it looks like, is crack.  Those are

6  rocks.

7     SERGEANT BARTH:  Yeah, they're rocks.

8     OFFICER KEELER:  Yeah.

9     TROOPER MOBLEY:  So -- yeah, the dog tried to eat the --

10  the console there.

11     SERGEANT BARTH:  (Indiscernible).

12     TROOPER MOBLEY:  Yeah, and I got him out of there fast.

13  Well, look right here.

14     UNIDENTIFIED OFFICER:  Yeah.

15     TROOPER MOBLEY:  (Indiscernible).

16     OFFICER KEELER:  Exactly, huh?  That's all that stuff.  We

17  didn't talk to --

18     UNIDENTIFIED OFFICER:  Yeah, and he lives here in town,

19  he's got a radar detector.

20     (Indiscernible comments)

21     UNIDENTIFIED OFFICER:  It's a rental.

22     OFFICER KEELER:  Go ahead and get (indiscernible) en route

23  for impound.

24     SERGEANT BARTH:  (Indiscernible) back to the station.

25     OFFICER KEELER:  (Indiscernible) back to the station.

1    TROOPER MOBLEY:  I'm not saying that there's not anything

2  else in there.  I -- I don't know.  I could not tell you if

3  there's anything else in there.

4    OFFICER KEELER:  Yeah.

5    TROOPER MOBLEY:  The dog went in and he started

6  freaking --

7    OFFICER KEELER:  And he went nuts over that.

8    TROOPER MOBLEY:  He freaked right there.

9    OFFICER KEELER:  Yeah.

10    TROOPER MOBLEY:  So (indiscernible), so there might be

11  stuff -- stuff somewhere else, but --

12    OFFICER KEELER:  Do you have any test kits?

13    UNIDENTIFIED OFFICER:  I do.

14    UNIDENTIFIED OFFICER:  Do you have coke (indiscernible)

15  and stuff up there?

16    OFFICER KEELER:  Yeah, we have it up there.

17    UNIDENTIFIED OFFICER:  I don't know if you want wait till

18  you get up there to do it, because it's more controlled.

19    SERGEANT BARTH:  Yeah.

20    OFFICER KEELER:  Yeah.

21    TROOPER MOBLEY:  I mean --

22    OFFICER KEELER:  Yeah.

23    TROOPER MOBLEY:  -- just to transport him up there and sit

24  him down and then --

25    SERGEANT BARTH:  Uh-huh (affirmative), (indiscernible) do

1  that.

2      OFFICER KEELER:  Yeah, actually interview him while he's

3  up there.  You're going to get the -- do you want me

4  (indiscernible) --

5      UNIDENTIFIED OFFICER:  Oh, you've got his frigging dogs.

6      OFFICER KEELER:  Yeah, I've got his dogs in there, too.

7      UNIDENTIFIED OFFICER:  Just open the door.

8      (Indiscernible comments)

9      TROOPER MOBLEY:  You guys are lucky (indiscernible).

10  Anything else?

11      OFFICER KEELER:  No, other than probably some paperwork

12  from you --

13      TROOPER MOBLEY:  All right.

14      OFFICER KEELER:  -- later on.

15      TROOPER MOBLEY:  I'll get my affidavit to you so you can

16  your warrant.

17      OFFICER KEELER:  Okay.

18      TROOPER MOBLEY:  And it'll have my (indiscernible) on the

19  bottom and stuff.

20      OFFICER KEELER:  Yeah.

21      TROOPER MOBLEY:  That'll -- that'll suffice as your

22  supplement, so --

23      OFFICER KEELER:  I knew it was dirty when I stopped him.

24      TROOPER MOBLEY:  I mean, I've got him on audio.  Always

25  pull them off to the side and tell them who I am.

1    OFFICER KEELER:  Yeah.  All right.

2    TROOPER MOBLEY:  All right, folks.  We're out of here.

3    OFFICER KEELER:  Who is that?

4    UNIDENTIFIED OFFICER:  Jenna (ph) (indiscernible) the

5  dogs.

6    OFFICER KEELER:  She's going to come get the dogs?  All

7  right.  Then have her come up to the station then.  Or,

8  actually --

9    UNIDENTIFIED OFFICER:  You'll need -- well,

10  (indiscernible).

11    OFFICER KEELER:  Yeah.

12    UNIDENTIFIED OFFICER:  Can you put him in back with the

13  dogs and I'll (simultaneous speech)?

14    OFFICER KEELER:  Yeah, I'll put him in the dogs.  Yeah.

15    UNIDENTIFIED OFFICER:  All right.  Why don't you come on

16  out and you're going to go in the back of his.

17    (Indiscernible comments)

18    UNIDENTIFIED OFFICER:  That's (indiscernible)?

19    OFFICER KEELER:  He is, yes.

20    UNIDENTIFIED OFFICER:  Hey, what's Jenna's telephone

21  number?

22    MR. GOSS:  It's 378 --

23    UNIDENTIFIED OFFICER:  I'm sorry?

24    MR. GOSS:  378-6083.

25    SERGEANT BARTH:  6083.

1    OFFICER KEELER:  378-6083.  Eight-three.

2  [00:32:00]              END OF REQUESTED PORTION

3                            **CERTIFICATE**

4

5    I, M. Gaylene Larrecou, certify that the foregoing pages 1

6  through 24 are a transcript regarding the above-entitled

7  matter; that due to the quality of the recording and/or

8  duplication, there are indiscernibles in the transcript that

9  cannot be resolved; that the transcription was performed to the

10 best of my knowledge and ability; and that no further

11 certification is expressed or implied.

12

13

14

15                                                        7-25-06

16 M. Gaylene Larrecou, Transcriber        Date
   Alaska Court System Certified
   United States Court Approved
17 AAERT Certified #00285

18

19

20

21

22

23

24

25