NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:06-cr-00024-JWS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE SENTENCING** |
| vs. | ) | **ON SHORTENED TIME** |
| | ) | |
| TEFFIN C. GOSS, II, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     COMES NOW Plaintiff, the United States of America, and moves the Court on shortened time to reset the Thursday, January 4, 2007, sentencing hearing in the above caption case.  The U. S. Attorney has requested that counsel for the Government attend a recently scheduled seminar at the National Advocacy Center, Columbia, South Carolina, related to the reduction of gang violence.  The seminar

starts January 4, 2007.

Because the verdict in this case was reached after a fully contested trial, Government Counsel would prefer to represent the Government at the Sentencing Hearing instead of assigning the case to another attorney. Government Counsel will remain out of the District the following week as well, returning on January 15.

Counsel for the defense does not oppose the continuance.

WHEREFORE plaintiff respectfully requests that the sentencing hearing be reset at a time later than January 15, 2007, that would be convenient for the Court.

RESPECTFULLY SUBMITTED this <u>22nd</u> day of December, 2006, at Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on December  22 , 2006, that a true and correct copy of the foregoing **UNOPPOSED MOTION TO CONTINUE SENTENCING ON SHORTENED TIME**, was served, via Electronic Filing, on:

**M.J. Haden**

s/Bryan Schroder