NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 4:06-cr-00024 (JWS) |
| ) | |
| Plaintiff,   ) | [Proposed] |
| ) | |
| vs.   ) | **ORDER** |
| ) | |
| TEFFIN C. GOSS, II,   ) | |
| ) | |
| Defendant.   ) | |

IT IS SO ORDERED. Plaintiff's Motion On Shortened Time is Granted/Denied. Sentencing Hearing is rescheduled for _____, 2007, at _____ a.m./p.m.

Dated:_____   _____
                                 JOHN W. SEDWICK
                                 United States District Judge