NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4:06-cr-00024-JWS |
| Plaintiff, | |
| vs. | **ORDER** |
| TEFFIN C. GOSS, II, | |
| Defendant. | |

IT IS SO ORDERED.  Plaintiff's Motion On Shortened Time is Granted. Sentencing Hearing is rescheduled for **Friday,  February 9, 2007**, at **8:30 a.m.**

Dated:  December 26, 2006          /s/JOHN W. SEDWICK
                                    JOHN W. SEDWICK
                                    United States District Judge