UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**        4:06-cr-00024-JWS

    vs.        ORDER

**TEFFIN C. GOSS, II,**

        **Defendant.**

    Defendant was convicted on October 16, 2006. Following entry of judgment on the jury verdict, the court indicated that Mr. Goss was already in custody (meaning, of course, federal custody). An examination of the docket discloses that this was incorrect.

    Mr. Goss was placed in temporary federal custody when he was arraigned. That temporary custody was for the period from the arraignment until June 1, 2006, the date set for his detention hearing. (Docket 10). However, on May 30, 2006, Mr. Goss' lawyer moved to vacate the detention hearing on grounds that he was in state custody and that he would petition for a bail review hearing if he obtained a bond in the state case. (Doc. 13) That motion was granted. (Doc. 14) Although it is probable that Goss' lawyer thought he remained in federal custody as well as state custody, in fact he ceased to be in federal custody on June 1, 2006, when the order of temporary detention expired.

    The district judge who tried the case was assigned to it on October 2, 2006, shortly before trial, and was unaware of the peculiar posture of Mr. Goss' custody. As a consequence, when the jury returned its guilty verdict on October 16, 2006, the trial judge simply acknowledged that Mr. Goss was in custody rather than remanding him to

custody. Because he should have been remanded to custody on October 16, 2006, and because without such remand he will not receive credit for the time between October 16, 2006, and the date sentence is pronounced in February of 2007,

**IT IS ORDERED** that defendant Teffin C. Goss, II is hereby **REMANDED** to the custody of the United States Marshal *nunc pro tunc* October 16, 2006. The Clerk will please call this to the attention of the Marshal so he may confer with the State authorities who currently have physical custody of Mr. Goss.

DATED this 3rd day of January 2007.

/s/
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE