NELSON P. COHEN
United States Attorney

BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  4:06-cr-00024-RRB |
| | ) |
| Plaintiff, | ) **GOVERNMENT'S SENTENCING** |
| | ) **MEMORANDUM** |
| vs. | ) |
| | ) |
| TEFFIN C. GOSS, II, | ) |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW, the United States of America, by and through undersigned counsel, and submits its sentencing memorandum concerning defendant, Teffin C. Goss, II. The defendant was found guilty of the charge in the indictment after a 4

day jury trial. The offense in Count 1 was possession of 5 grams or more of cocaine base with intent to distribute, a violation of 21 U.S.C. § 841(a)(1) & § 841(b)(1)(B).

### I. Summary of Estimated Guideline Calculations

The government has no objections to the presentence report (PSR) calculations. Therefore, defendant is facing a guideline sentencing range of 92-115 months on Count 1.

### II. Response to Anticipated Objections

Counsel for the Defendant did not identify any objections in the PSR, and the Government does not anticipate additional objections.

### III. Government's Recommendation

The Government recommends that the defendant be confined for a period of 108 months (9 years) and be placed under supervised release for a period of 5 years. There is no information in the PSR to indicate that a departure from the U.S. Sentencing Guidelines range is called for in this case. The Defendant's involvement with drugs is significant and pervasive, and one conviction has not deterred him from continuing to deal crack cocaine. Moreover, he has a history of crimes ranging from assault, eluding police officers, and misuse of firearms. The Government has no information to contradict the Probation/Pretrial Services

Officer's conclusion that the Defendant does not have the ability to a fine or restitution.

The factors identified in 18 U.S.C. § 3553 for the court to consider in sentencing a defendant include the nature and circumstances of the offense, the history and characteristics of the defendant, and the need to afford adequate deterrence to criminal conduct and protect the public from further crimes of the defendant. The nature and circumstances of this offense show that the Defendant was an active and crafty drug dealer. The crack cocaine found in the Defendant's vehicle was still wet. While the officers could not predict exactly when the crack was made, it was reasonably fresh. This is consistent with the evidence introduced at trial that the Defendant had made a recent trip to Anchorage. The Government contends that the Defendant had purchased cocaine during that recent trip, much like he was doing when he was previously arrested and convicted by the state, and had converted that cocaine to crack soon before he was stopped by law enforcement officers in this case.

The Defendant also took deliberate steps to avoid getting caught, and if caught, to avoid taking responsibility for the crack. Unfortunately for him, the law enforcement officers recognized his avoidance techniques, a radar detector and air fresheners, for what they were. He also used a rental vehicle, and moreover, a

vehicle rented by someone else, as part of his scheme.  This allowed him at trial to claim he was not responsible, and even to suggest that person renting the vehicle might be the owner of the crack.  The jury saw through that attempt.

Maybe most important for the court to consider is the history and characteristics of the Defendant.  The PSR outlines an extensive criminal history for a young man.  Most significant is his previous conviction for possessing and transporting cocaine.  A jury conviction has obviously not convinced the Defendant that his conduct must change.  Moreover, he has been continuously in trouble with the law since the age of 20, including an assault and eluding a police officer.  Especially troubling is the possession of a handgun during his previous drug conviction, which when viewed along with his previous conviction for assault raises grave concerns about his tendency for violence.  The Defendant has had multiple chances to change his ways, and this case directly shows his decision to continue breaking the law as a crack cocaine dealer.  This failure to be deterred calls for a significant sentence, one above the U.S. Sentencing Guidelines minimum.

Finally, the court needs to provide a sentence that will protect the public.  As discussed above, the sentences given by the State courts for the Defendant's previous convictions have not deterred his conduct.  Nor has it protected the

public from his continued crack cocaine dealing, the subject of this case. A lengthy sentence has the direct effect of preventing the Defendant from dealing drugs during his imprisonment, and as discussed above, the sentence should be significant enough to drive a long-term change in behavior. A sentence above the middle of the guideline range will do both.

Moreover, a sentence of 108 months, 9 years in prison, will also promote respect for the law by serving as a deterrent to others drug dealers in Fairbanks, and showing that the government and the courts are serious about stopping crack cocaine dealers.

The Government's recommended sentence of 108 months confinement for Count 1 is within the calculated range of the Federal Sentencing Guidelines, and meets the required statutory mandatory minimum. A sentence of 108 months, with 5 years of supervised release, will provide a just punishment, deter the defendant's behavior, and protect the citizens of the State. The Government respectfully asks

//
//
//
//
//

that the court impose sentence recommended above.

RESPECTFULLY SUBMITTED this 2nd day of February, 2007, in Fairbanks, Alaska.

NELSON P. COHEN
United States Attorney

s/Bryan Schroder
BRYAN SCHRODER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska  99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: bryan.schroder@usdoj.gov
Bar # 21146

**CERTIFICATE OF SERVICE**

I hereby certify that on February 2, 2007,
a copy of the foregoing **GOVERNMENT'S SENTENCING MEMO**, was served,
via Electronic Filing, on:

**M. J. Haden,**
Federal Public Defender

s/Bryan Schroder