# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA     v.    TEFFIN C. GOSS, II

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                          CASE NO.  4:06-cr-00024-JWS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: February 5, 2007

        The Imposition of Sentence hearing previously calendared for Friday, February 9, 2007 at 10:30 a.m.  in Fairbanks, Alaska is hereby rescheduled for Friday, February 9, 2007 at 10:00 a.m. in Fairbanks, Alaska.