MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs.   TEFFIN C. GOSS          CASE NO. 4:06-cr-00024 JWS
Defendant: X Present X In Custody   __On Bond

BEFORE THE HONORABLE: JOHN W. SEDWICK

DEPUTY CLERK/RECORDER: TINA J GROTHAUSE

UNITED STATES ATTORNEY: BRYAN SCHRODER

DEFENDANTS ATTORNEY:   M.J.HADEN

U.S.P.O.:   MARCI LUNDGREN

PROCEEDINGS: IMPOSITION OF SENTENCE HELD: 2/9/2007
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

X Notice of Appeal form given to defendant/defense counsel.

X Court stated findings/reasons pursuant to sentencing guidelines.

X Imprisonment for a period of   104 Months. Term shall run consecutively to any undischarged term imposed in State of Alaska case # 4FA-S04-1495CR

X Defendant placed on supervised release for a period of 5 years under the usual terms and conditions with special conditions of supervised release as stated in the judgment.

X Special Assessment $ 100.00     , due   Immediately

X Defendant remanded to the custody of the U.S. Marshal.

At 10:21 a.m. court adjourned.

DATE:   2/9/2007              DEPUTY CLERK'S INITIALS: tjg