M. J. Haden
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>                  Defendant. | Case No. 4:06-cr-0024-JWS<br><br>**NOTICE OF APPEAL** |

       Notice is hereby given that defendant Teffin C. Goss, II, appeals to the United States Court of Appeals for the Ninth Circuit from the

          (X)    conviction only (Fed. R. App. P. 4(b)(1)(A)).

          ( )    conviction and sentence.

          ( )    sentence only (18 U.S.C. § 3742).

          ( )    order of restitution entered in this action.

       The sentence imposed was 104 months incarceration, 5 years supervised release, and a $100 special assessment.

DATED this 16th day of February, 2007.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ M. J. Haden
Assistant Federal Defender
Alaska Bar No. 0607047
601 West Fifth Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mj_haden@fd.org

Certification:

I certify that on February 16, 2007, a copy of the foregoing document, with attachments, was served electronically on:

Bryan Schroder, Esq.

/s/ M. J. Haden