UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals #   **Unknown**         U.S. District Court #   **4:06-cr-0024-JWS**

Short Case Title   **United States v. Teffin C. Goss, II**

Date Notice of Appeal Filed by Clerk of District Court   **3/2/2007**

RECEIVED
MAR 06 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Section A - To Be completed by Party Ordering Transcript

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| July 17, 26, August 9, 2006 | Tina Grothause | PRE-TRIAL PROCEEDINGS  **Evidentiary Hearing** |
| October 12, 13, 16, 2006 | Carolyn Bollman | OTHER:  **Entire Trial** |

(Attach Additional Page for Designations if Necessary)

(  )  As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(  )  I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(  )  I do not intend to designate any portion of the transcript and will notify Counsel of this intention.

(XX) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered   **2/26/07**          Estimated Date for Completion _____

Signature of Attorney   _____          Phone Number   **646-3400**

Address   **Assistant Federal Defender**

**601 West 5th Avenue, Suite 800**

**Anchorage, AK  99501**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
          (Signature of Court Reporter)

(  ) Arrangements for payment were made on _____

(  ) Arrangements for payment have not been made pursuant to FRAP 10 (b).
       Approximate Number of Pages _____ Due

Date_____

Section C - To Be Completed by Court Reporter

Date Transcript Filed _____   Court Reporter's Signature _____