UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

RECEIVED
MAR 1 9 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

07-30086

**CASE INFORMATION:**
Short Case Title: USA v GOSS
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick - 4:06-cr-00024-JWS
Date Complaint/Indictment/Petition Filed: 5/16/06
Date Appealed Order/Judgment *entered*: 2/15/07
Date NOA *filed*: 2/16/07
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number: Carolyn Bollman
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: N/A        Date Docket Fee billed: __
Date FP granted: 5/25/06         Date FP denied: __
Is FP pending? No yes/no         Was FP Limited/Revoked?
US Government Appeal? No yes/no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                    Appellee Counsel:
M.J. Haden, AFPD                      Bryan Schroder, AUSA
Federal Public Defender's Office      U.S. Attorney's Office
601 West Fifth Avenue, Suite 800      222 W. 7th Ave., #9
Anchorage, AK  99501                  Anchorage, AK  99513

Fax: 907-646-3480                     Fax: 907-271-2345

E-mail: MJ_Haden@fd.org               E-Mail: bryan.schroder@usdoj.gov

__retained   __CJA   X FPD   __Other  Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 14787-006        Address: __
Custody: Yes                             __
Bail: __

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __        9th Circuit Docket Number: __

Name and phone number of person completing this form: Linda Christensen - 907-677-6104