UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. TEFFIN C. GOSS, II, Defendant - Appellant. | No. 07-30086<br>D.C. No. CR-06-00024-JWS<br><br>**JUDGMENT** |



DEC 2 6 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

Appeal from the United States District Court for the District of Alaska (Fairbanks).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Fairbanks) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 11/26/07

A TRUE COPY
CATHY A. CATTERSON
CLERK OF COURT
ATTEST

DEC 1 8 2007

by: _____
Deputy Clerk