```
          UNITED STATES
          DISTRICT COURT
           District of Alaska
          FAIRBANKS Division

          # 40101830 - SM
           June 2, 2008

Code    Case #    Qty       Amount

504100-C                    100.00 CA


TOTAL→                      100.00


FROM: TEFFIN C GOSS II
      4:06-CR-00024-JWS
      SPECIAL ASSESSMENT
```