UNITED STATES DISTRICT COURT
OF ALASKA



JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

| | | |
|---|---|---|
| United States Of America | ) | |
| Plaintiff/Respodent | ) | |
| | ) | |
| | ) | |
| -VS- | ) | Criminal No. : 406-CR-00024-JWS |
| | ) | |
| | ) | |
| | ) | |
| Teffin C. Goss II | ) | |
| Defendant/Movant | ) | |

MOTION TO MODIFY TERM OF IMPRISONMENT
PURSUANT TO TITLE 18 U.S.C. 3582 (c)(a)

COMES NOW Teffin C. Goss, Defendant/Movant, Pro Se, and respectively moves this Honorable Court pursuant to Title 18 of United States Code 3582 (c)(2) seeking an Order to "Modify" the term of imprisonment based on the U.S. Sentencing Commission Recommendation that is applicable to the case at bar.  In support thereof, the Movant herein avers:

1. Movant seeks a modification of the sentence with regards to vacating the sentence
   _____ reduction.

2. The sentence was imposed with Drug Offense in February of 2007 on Possession with the Intent to Distribute Cocaine Base Title 18 & Section 21 U.S.C. 841.

3. At issue is the U.S. Sentencing Commission, in which voted in May of 2007 to reduce sentence for individuals convicted of "Crack Cocaine" commonly known as Cocaine Base. The recomendation has become effective since November 1, 2007.

## Argument

In the case at bar movant was sentenced to a term of imprisonment for Crack Cocaine. The U.S. Sentencing Commission, within the U.S. Judiciary voted in May of 2007 to reduce the recomended sentencing ranges for people convicted of Crack Cocaine, as a step towards lessening the disparity. The sentence reduction ranges from whatever the court decides in an individuals sentence. At the same time, the Commission urged Congress to repeal the Mandatory prison term for simple possession and increase the amount of "Crack" required to trigger obligatory Five-Year or more prison terms as a way to focus on major drug traffickers. Also, the Supreme Court gave a boost to Judges discretion when it ruled in 2005 that the Sentencing Guidlines are advisory, not mandatory. The U.S. Sentencing Commission has explicityly voted to make this amendment retroactive. Therefore, Movant expressly seeks an Order to Modify the term of imprisonment vacating whatever the court decides reasonable off sentence applied herein.

## Prayer For Relief

WHEREFORE Teffin C. Goss, prays that this Honorable Court issue an Order to vacate whatever the corts decides reasonable off of my sentence and remand this cause for a resentencing and that the court grant any other relief as the court deems just and proper in the spirit and intent of the Law.

Respectively Submitted,

Teffin C. Goss #14787-006
P.O. BOX-8000
Federal Correctional Institution McKean
Bradford, Pennsylvania 16701

NOTICE OF FILING/PROOF OF SERVICE

To:  United States District Court Of Alaska


ATTN:   United States District Judge
        Honorable John W. Sedwick
        101 12th. Avenue
        Fairbanks, Alaska 99701


ATTN:   United States District Attorney
        Mr. Bryan Schroder
        101 12th. Avenue  Room #310
        Fairbanks, Alaska 99701

ATTN:   United States District Court of Alaska
        Clerk of the COurt

        Would you please stamp one copy filed and return to me as my receipt.


CERTIFICATION OF SERVICE

I Teffin C. Goss II, swear under penalty of perjury that I served the above attachment:
Motion for leave to file in Forma Pauperis and Motion for Modification of sentence Pursuant
to Title 18 U.S.,C 3582 (c)(2), by placing said document in the U.S. mail First Class
postage prepaid, at the F.C.I. McKean Bradford, Pennsylvania this
_24th_ day of _June_ 2008 at _11:00am_


                                    Teffin C. Goss II
                                    Teffin C. Goss II #14787-006
                                    Federal Correctional Institution McKean
                                    P.O. BOX- 8000
                                    Bradford, Pennsylvania 16701



ERIE PA 165

25 JUN 2008 PM 1 L

Legal Mail

**RECEIVED**

JUN 3 0 2008

CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

United States District Court of Alaska
Clerk of the Court
101 12th. Avenue
Fairbanks, Alaska 99701

Federal Correctional Institution McKean

Name: Teffin C. Goss

Reg.#: 14787-006

P.O. Box 8000

Bradford, PA 16701

'e to the above address.
n, you may wish to return the material
ling to another addressee, please return
or clarification. If the writer encloses
ises a question or problem over which
he letter has neither been opened nor
essed through special mailing procedures

-06-$\cancel{25}$-08

9. BRADFORD, PA 16701
CTIONAL INSTITUTION, MCKEAN

Let