UNITED STATES DISTRICT COURT
OF ALASKA

RECEIVED
JUN 3 0 2008
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

United States Of America )
  Plaintiff/Respondent )
)
)
)
-VS- )  Criminal No. : 406-CR-00024-JWS
)
)
Teffin C. Goss )
  Defendant/Movant )

APPLICATION TO PROCEED IN FORMA PAUPERIS

COMES NOW Teffin C. Goss, Movant/Applicant, Pro Se, and respectively moves this Honorable Court for an Order granting leave to proceed in Forma Pauperis pursuant to 28 U.S.C 1915 (b).

In support thereof applicant herein avers:

1. Movant has been continuously incarcerated in the Federal Bureau of Prisons since August 14, 2007.

2. I am unable, due to my incarceration to pay the cost of these proceedings or to retain legal counsel to represent me in this cause.

3. Movant does not own any real estate or personal property nor do I recieve income from:
    A. Real estate property
    B. Business
    C. Gifts, gratuities, ect.

4. Movant seeks leave to proceed as a poor person.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the Movant/Applicant in the attached pleading and that the information contained therein is true and correct. 28 U.S.C. 1746 and 18 U.S.C. 1621.

Executed at F.C.I. McKean on:    6-24-08

(Date of execution hereon)

*Teffin C. Goss II*

Teffin C. Goss II #14787-006
Federal Correctional Institution McKean
P.O. BOX- 8000
Bradford, Pennsylvania 16701