IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>        Defendant. | Case No. 3:06-cr-00024-JWS<br><br>ORDER DIRECTING<br>SERVICE AND RESPONSE |

On June 30, 2008, Teffin C. Goss, II, representing himself, filed a motion for re-sentencing under 18 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

**IT IS HEREBY ORDERED that:**

1. The Clerk shall confirm that the United States Attorney has been served with a copy of docket numbers 114 and 115, as well as this Order.

---

[1] *See* Docket No. 114; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c) (2)").

2. Mr. Goss' application to proceed without pre-payment of fees, at docket number 115, is DENIED as moot.[2]

3. The Clerk of Court is directed to send this Court's form USDCA 40, Application for Appointment of Counsel, and a form CJA 23, Financial Affidavit, to Mr. Goss with a copy of this Order. Mr. Goss may file an application for counsel on or before **July 31, 2008**.[3] If counsel is appointed for Mr. Goss, counsel will be given additional time to file an amended motion or other appropriate document.

4. The Government may file a response within sixty days from the time counsel for Mr. Goss files an amended motion. If Mr. Goss fails to move for appointment of counsel by July 31, 2008,[4] the Government may file a response on or before **September 29, 2008**.

5. Mr. Goss (or his attorney, if appointed), may file a reply within thirty days of the filing of the response.

---

[2] If Mr. Goss were "instituting" an action, he would be required to pay the Court's applicable filing fee. See 28 U.S.C. § 1914(a). In this case, he filed a motion in an existing case.

[3] In his application to waive pre-payment of the filing fee, Mr. Goss states that he has no money to pay an attorney. See Docket No. 115 at 1.

[4] Because Mr. Goss is a self-represented prisoner, however, any pleading from him is deemed filed when submitted to prison authorities for mailing under the so-called "mailbox rule." See Houston v. Lack, 487 U.S. 266 (1988) (prisoner's federal habeas petition is deemed filed when he hands it over to prison authorities for mailing to the district court)

6.  A hearing may be set upon request made after the briefing is complete.

   DATED this 3rd day of July, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge
