Teffin C. Goss II
Name
Federal Correctional Institution McKean
P.O. Box 8000 Bradford, PA 16701
Address

Telephone Number

RECEIVED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Teffin C. Goss II,

Plaintiff/Petitioner,

CASE NO. 4:06-CR-24

vs,

USDC District of Alaska,

Defendant/Respondent.

MOTION FOR APPOINTMENT
OF COUNSEL

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: 7/9/08

Teffin C. Goss II
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

Federal Correctional Institution McKean
Name: Teffin Gross
Reg.#: 14787-006
P.O. Box 8000
Bradford, PA 16701

ERIE PA 165
10 JUL 2008 PM 1 L

ONAL INSTITUTION, MCKEAN
BRADFORD, PA 16701
7-10-08
sed through special mailing procedures
letter has neither been opened nor
as a question or problem over which
you may wish to return the material
clarification. If the writer encloses
ig to another addressee, please return
to the above address.

United States District Court
District of Alaska
Clerk of Court
Federal building U.S. Courthouse
222 W. 7th Avenue, #4
Anchorage, AK 99513-7564