IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TEFFIN C. GOSS, II,<br><br>    Defendant. | Case No. 4:06-cr-00024-01-JWS<br><br>ORDER APPOINTING COUNSEL<br>and SETTING NEW SCHEDULE |

On July 14, 2008, Teffin C. Goss, II, representing himself, filed a motion for appointment of counsel, for the purposes of re-sentencing under 18 U.S.C. § 3582(c), in light of the new Sentencing Guidelines with respect to "crack" cocaine.[1]

IT IS THEREFORE ORDERED that:

1. The Clerk of Court will confirm that the United States Attorney has received a copy of docket numbers 117 and 118, along with this Order.

---

[1] *See* Docket Nos. 117, 118; *see also* Kimbrough v. United States, 128 S.Ct. 558, 569 (2007), citing Amendments to the Sentencing Guidelines for United States Courts, 72 Fed.Reg. 28571-28572 (2007); *United States v. Ross*, 511 F.3d 1233, 1237 n. 2 (9th Cir. 2008) ("On March 3, 2008, time reductions for crack cocaine offenders sentenced prior to November 1, 2007, will be authorized pursuant to 18 U.S.C.A. § 3582(c)(2)").

2. Mr. Goss' application for appointment of counsel, at docket number 117, is GRANTED. The Federal Public Defender for the District of Alaska will designate counsel from the CJA Panel or the Federal Public Defender's office to represent Mr. Goss in this section 3582(c) matter.

3. Counsel for Mr. Goss shall review the record, confer with him, and file an amended motion under section 3582(c), or other appropriate document, within sixty days from the date of this Order.

4. The Government is permitted to file a response within sixty days from the time counsel for Mr. Goss files the motion.

5. Counsel for Mr. Goss may file a reply within thirty days of the filing of the response.

DATED this 17th day of July, 2008, at Anchorage, Alaska.

/s/ JOHN W. SEDWICK
United States District Judge